|    |                                                      |                                                    |
|----|------------------------------------------------------|----------------------------------------------------|
| 1  | M. Kay Martin (CSB No. 154697)                       |                                                    |
|    | mmartin@crowell.com                                  |                                                    |
| 2  | Joel D. Smith (CSB No. 244902)                       |                                                    |
|    | jsmith@crowell.com                                   |                                                    |
| 3  | CROWELL & MORING LLP                                 |                                                    |
|    | 275 Battery Street, 23rd Floor                       |                                                    |
| 4  | San Francisco, CA  94111                             |                                                    |
|    | Telephone: 415.986.2800                              |                                                    |
| 5  | Facsimile: 415.986.2827                              | *E-FILED - 8//27/10*                               |
| 6  | Kathleen Taylor Sooy                                 |                                                    |
|    | ksooy@crowell.com                                    |                                                    |
| 7  | CROWELL & MORING LLP                                 |                                                    |
|    | 1001 Pennsylvania Avenue, NW                         |                                                    |
| 8  | Washington, DC 20004                                 |                                                    |
|    | Telephone: (202) 624-2500                            |                                                    |
| 9  | Facsimile: (202) 628-5116                            |                                                    |
| 10 | Attorneys for AT&T Inc. and AT&T Mobility LLC        |                                                    |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated, | Case No. 5:10-cv-02553-RMW |
|---|---|
|  | CLASS ACTION |
| Plaintiffs, | **STIPULATION AND []** |
| v. | **ORDER ON BRIEFING SCHEDULE** |
| APPLE INC., AT&T INC., AT&T MOBILITY LLC, and Does 1-10, | **[N.D. CAL. CIVIL L.R. 6-1(b)]** |
| Defendants. | |

1    Plaintiffs Adam Weisblatt, Joe Hanna and David Turk ("Plaintiffs") and defendants

2  AT&T Mobility LLC ("ATTM") and AT&T Inc. ("AT&T"), by and through their respective

3  attorneys, hereby stipulate as follows:

4    WHEREAS, on June 23, 2010, plaintiffs filed their First Amended Complaint in the

5  above-captioned case;

6    WHEREAS, pursuant to June 30, 2010 and July 29, 2010 stipulations, ATTM and

7  AT&T's time to respond to the First Amended Complaint was extended to August 16, 2010;

8    WHEREAS, on August 16, 2010, AT&T filed a Motion To Dismiss For Lack Of Personal

9  Jurisdiction ("Motion to Dismiss"), which is noticed for a hearing on October 15, 2010;

10    WHEREAS, on August 16, 2010, ATTM filed a Motion To Compel Arbitration And To

11  Dismiss Claims Or, In The Alternative, To Stay The Case ("Motion To Compel"), which is

12  noticed for a hearing on October 15, 2010 (and which AT&T also filed in the alternative if the

13  Court denies AT&T's Motion To Dismiss);

14    WHEREAS, plaintiffs, ATTM and AT&T desire to agree to a briefing schedule for the

15  Motion to Dismiss and the Motion to Compel that permits defendants ATTM and AT&T to have

16  an additional week to file their replies;

17    WHEREAS, the stipulated briefing schedule will not alter the date of any event or

18  deadline already fixed by the Court.

19    THEREFORE, plaintiffs, ATTM and AT&T STIPULATE as follows:

20    1.    Plaintiffs' briefs in opposition to the Motion to Dismiss and the Motion to Compel

21  shall be filed no later than September 17, 2010.

22    2.    ATTM and AT&T's reply briefs in support of the Motion to Dismiss and the

23  Motion to Compel shall be filed no later than October 1, 2010.

24    3.    Except as set forth above, all Local Rules shall remain in effect with respect to the

25  briefing on the Motion to Dismiss and Motion to Compel.  Entering into this stipulation does not

26  constitute a waiver of any defense under Federal Rule of Civil Procedure 12.

27    IT IS SO STIPULATED.

28  ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1   CASE NO. 5:10-cv-02553
STIPULATION AND [] ORDER ON BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Dated: August 19, 2010 | CROWELL & MORING, LLP |
| 2 | | By:   /s/ M. Kay Martin |
| 3 | | M. Kay Martin |
| | | Attorneys for Defendants |
| 4 | | AT&T Mobility LLC and AT&T Inc. |

Dated: August 19, 2010         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Roger Heller

Roger Heller
Attorneys for Plaintiffs

I, M. Kay Martin, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/  M. Kay Martin
M. Kay Martin

**[] ORDER**

Pursuant to Stipulation, SO ORDERED.

*Ronald M. Whyte*

Dated:  8/27/10

The Honorable Judge Ronald M. Whyte
U. S. District Court

---

2                    CASE NO. 5:10-cv-02553
STIPULATION AND [] ORDER ON BRIEFING SCHEDULE