Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Roger N. Heller (State Bar No. 215348)
*rheller@lchb.com*
Allison Elgart (State Bar No. 241901)
*aelgart@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs*

*E-FILED - 8/27/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., AT&T INC., AT&T MOBILITY LLC, and Does 1-10,<br><br>Defendants. | Case No. 5:10-cv-02553-RMW<br><br>CLASS ACTION<br><br>**STIPULATION AND []  ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Case 5:10-cv-02553-RMW Document 39 Filed 08/27/10 Page 2 of 4

1    Plaintiffs Adam Weisblatt, Joe Hanna and David Turk ("Plaintiffs"), Defendant Apple Inc. ("Apple"), and Defendants AT&T Mobility LLC ("ATTM") and AT&T Inc. ("AT&T"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 9, 2010, Plaintiffs filed their initial Class Action Complaint in this case;

WHEREAS, on June 23, 2010, Plaintiffs filed their First Amended Complaint in this case;

WHEREAS, on June 11, 2010, another class action was filed in this District against Apple and ATTM, *Logan v. Apple Inc. et. al.*, N.D. Cal. Case No. 4:10-cv-02588-CW (the "*Logan*" case), addressing substantially the same conduct, and raising substantially the same issues, as this case;

WHEREAS, the *Logan* case is currently assigned to the Hon. Claudia Wilken;

WHEREAS, on July 1, 2010, Apple filed an Administrative Motion to Consider Whether Cases Should Be Related (Docket No. 19) ("Motion to Relate"), asking the Court to issue an Order relating the *Logan* case to this case;

WHEREAS, the Initial Case Management Conference in this case is currently scheduled for September 3, 2010 at 10:30 am;

WHEREAS, the parties agree that it would be appropriate and would promote judicial efficiency, in this case and in the *Logan* case, for the Initial Case Management Conference to be postponed briefly until after the Court has ruled on Apple's pending Motion to Relate;

WHEREAS, the parties have not previously requested any continuances of the Initial Case Management Conference;

WHEREAS, the requested continuance would not alter or affect any other dates or deadlines in this case, other than the deadlines directly associated with the Initial Case Management Conference;

- 2 -

STIPULATION AND [] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO CV 10 02553 PVT

1     THEREFORE, Plaintiffs, Apple, ATTM, and AT&T STIPULATE and

2 respectfully request that Court issue an Order as follows:

3     1. The Initial Case Management Conference in this case is continued until

4 October 15, 2010 at 10:30 am.

5     2. The parties shall submit a Joint Case Management Conference Statement by no

6 later than October 5, 2010.

7     3. All other deadlines associated with the Initial Case Management Conference

8 are continued accordingly.

9     IT IS SO STIPULATED.

10

11 Dated: August 24, 2010                                 CROWELL & MORING, LLP

12                                                                            By:   /s/ M. Kay Martin

13                                                                             M. Kay Martin
                                                                           Attorneys for Defendants
14                                                              AT&T Mobility LLC and AT&T Inc.

15 Dated: August 24, 2010                                 MORRISON & FOERSTER LLP

16                                                        By:   /s/ Penelope Preovolos

17                                                           Penelope A. Preovolos
                                                   Attorneys for Defendant Apple Inc.
18

19 Dated: August 24, 2010                                 LIEFF, CABRASER, HEIMANN &
                                                              BERNSTEIN, LLP

20                                                       By:   /s/ Roger Heller

21                                                           Roger Heller
22                                                      Attorneys for Plaintiffs

23

24

25

26

27

28

STIPULATION AND [] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO  CV 10 02553 PVT

## [] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 8/27/10

*Ronald M. Whyte*

The Honorable Judge Ronald M. Whyte
U. S. District Court

I, Roger Heller, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/
Roger Heller

890239.1