| | |
|---|---|
| 1 | M. Kay Martin (CSB No. 154697) |
|   | mmartin@crowell.com |
| 2 | Joel D. Smith (CSB No. 244902) |
|   | jsmith@crowell.com |
| 3 | CROWELL & MORING LLP |
|   | 275 Battery Street, 23rd Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: 415.986.2800 |
| 5 | Facsimile: 415.986.2827 |
| 6 | Kathleen Taylor Sooy |
|   | ksooy@crowell.com |
| 7 | CROWELL & MORING LLP |
|   | 1001 Pennsylvania Avenue, NW |
| 8 | Washington, DC 20004 |
|   | Telephone: (202) 624-2500 |
| 9 | Facsimile: (202) 628-5116 |
| 10 | Attorneys for AT&T, Inc. and AT&T Mobility LLC |

***E-FILED - 9/22/10***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated, | Case No. 5:10-cv-02553-RMW |
| Plaintiffs, | **STIPULATION AND [] ORDER OF DISMISSAL OF AT&T INC. WITHOUT PREJUDICE** |
| v. | **[F.R.C.P. 41(a); N.D. CAL. CIVIL L.R. 7-12]** |
| APPLE, INC., AT&T, INC., AT&T MOBILITY LLC, and Does 1-10, | The Hon. Ronald M. Whyte |
| Defendants. | FAC filed: June 23, 2010 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

CASE NO. 5:10-cv-02553
STIPULATION AND [] ORDER OF DISMISSAL OF AT&T Inc.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Northern District Local Rule 7-12, it is hereby stipulated by and among plaintiffs Adam Weisblatt, Joe Hanna and David Turk and defendants AT&T, Inc. and AT&T Mobility LLC (collectively, "AT&T") and defendant Apple Inc., through their respective attorneys, that the above-captioned action shall be and is dismissed without prejudice as to AT&T Inc. only. Both parties shall bear their own attorneys' fees and costs.

Dated: September 16, 2010

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Roger N. Heller

Roger N. Heller
Attorneys for Plaintiffs

Dated: September 16, 2010

CROWELL & MORING, LLP

By: /s/ M. Kay Martin

M. Kay Martin
Attorneys for Defendants
AT&T, Inc. and AT&T Mobility LLC

Dated: September 16, 2010

MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos

Penelope A. Preovolos
Attorneys for Defendant Apple Inc.

I, M. Kay Martin, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ M. Kay Martin
M. Kay Martin

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/22/10

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Judge

---

| | 1 | CASE NO. 5:10-cv-02553 |
|---|---|---|
| | STIPULATION AND [] ORDER OF DISMISSAL OF AT&T Inc. | |