| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| | PPreovolos@mofo.com |
| 2 | ANDREW DAVID MUHLBACH (CA SBN 175694) |
| | AMuhlbach@mofo.com |
| 3 | STUART C. PLUNKETT (CA SBN 187971) |
| | SPlunkett@mofo.com |
| 4 | HEATHER A. MOSER (CA SBN 212686) |
| | HMoser@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., AT&T INC., AT&T MOBILITY LLC, and Does 1-10,<br><br>    Defendants. | Case No.   5:10-cv-02553 RMW<br><br>**NOTICE OF APPEARANCE**<br><br>The Hon. Ronald M. Whyte<br><br>Complaint filed: June 30, 2010 |

NOTICE OF APPEARANCE
5:10-cv-02553 RMW
sf-2912571

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of STUART C. PLUNKETT of MORRISON & FOERSTER LLP, as counsel of record for and behalf of APPLE INC. in the above referenced action. Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

> Penelope A. Preovolos
> Andrew D. Muhlbach
> Stuart C. Plunkett
> Heather A. Moser
> Morrison & Foerster, LLP
> 425 Market Street, 3200
> San Francisco, CA 94105-2482

Stuart C. Plunkett is licensed to practice law in the State of California, is a member in good standing of the California State bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: October 27, 2010

PENELOPE A. PREOVOLOS
ANDREW DAVID MUHLBACH
STUART C. PLUNKETT
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:  /s/ Stuart C. Plunkett
     STUART C. PLUNKETT

     Attorneys for Defendant
     APPLE INC.

NOTICE OF APPEARANCE
5:10-cv-02553 RMW
sf-2912571

1