M. Kay Martin (CSB No. 154697)
mmartin@crowell.com
Joel D. Smith (CSB No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Kathleen Taylor Sooy
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for AT&T Mobility LLC

*E-FILED - 11/18/10*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC., AT&T MOBILITY LLC, and Does 1-10,<br><br>    Defendants. | Case No. 5:10-cv-02553-RMW<br><br>CLASS ACTION<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE; [] ORDER**<br><br>[N.D. CAL. CIVIL L.R. 6-1(b)] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CASE NO. 5:10-cv-02553
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE; [] ORDER

DCACTIVE-13654476.1

1    Plaintiffs Adam Weisblatt, Joe Hanna and David Turk ("Plaintiffs") and defendant AT&T
2 Mobility LLC ("ATTM"), by and through their respective attorneys, hereby stipulate as follows:
3    WHEREAS, on June 23, 2010, Plaintiffs filed their First Amended Complaint in the
4 above-captioned case;
5    WHEREAS, pursuant to June 30, 2010 and July 29, 2010 stipulations, ATTM's time to
6 respond to the First Amended Complaint was extended to August 16, 2010;
7    WHEREAS, on August 16, 2010, ATTM filed a Motion To Compel Arbitration And To
8 Dismiss Claims Or, In The Alternative, To Stay The Case ("Motion To Compel");
9    WHEREAS, the Court denied the Motion To Compel without prejudice on October 18,
10 2010;
11    WHEREAS, under FRCP 12(a)(4)(A), ATTM's time to respond is November 1, 2010;
12    WHEREAS, ATTM intends to file a motion to dismiss and seeks an extension of time to
13 do so;
14    WHEREAS, Plaintiffs and ATTM desire to agree to a briefing schedule that will permit
15 the parties to have additional time to prepare and file their respective briefs;
16    WHEREAS, the stipulated extension and briefing schedule will not alter the date of any
17 event or deadline already fixed by the Court.
18    THEREFORE, Plaintiffs and ATTM STIPULATE as follows:
19    1.    ATTM's time to move to dismiss is extended up to and including November 16,
20 2010.
21    2.    Plaintiffs' brief in opposition shall be filed no later than December 14, 2010.
22    3.    ATTM's reply brief shall be filed no later than January 4, 2011.
23    4.    ATTM's motion to dismiss shall be heard on January 21, 2011 at 9:00 a.m., or as
24 soon thereafter as may be heard.
25    5.    Except as set forth above, all Local Rules shall remain in effect. Entering into this
26 stipulation does not constitute a waiver of any defense under Federal Rule of Civil Procedure 12.
27    IT IS SO STIPULATED.
28

CROWELL & MORING LLP
ATTORNEYS AT LAW

1   CASE NO. 5:10-cv-02553
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE; [] ORDER
DCACTIVE-13654476.1

| | | |
|---|---|---|
| 1 | Dated:  October 27, 2010 | CROWELL & MORING, LLP |
| 2 | | By: ___/s/ M. Kay Martin_____ |
| 3 | | M. Kay Martin |
| | | Attorneys for Defendants |
| 4 | | AT&T Mobility LLC |
| 5 | | |
| | Dated:  October 27, 2010 | LIEFF, CABRASER, HEIMANN & |
| 6 | | BERNSTEIN, LLP |
| 7 | | By: ___/s/ Roger Heller_____ |
| 8 | | Roger Heller |
| | | Attorneys for Plaintiffs |

I, Joel D. Smith, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: ___/s/  Joel D. Smith_____
Joel D. Smith

**[] ORDER**

Pursuant to Stipulation, SO ORDERED.

Dated: 11/18/10

_____
The Honorable Judge Ronald M. Whyte
U. S. District Court

CROWELL & MORING LLP
ATTORNEYS AT LAW

3

CASE NO. 5:10-cv-02553
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE; [] ORDER

DCACTIVE-13654476.1