1 | PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
2 | ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
3 | STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
4 | HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, California  94105-2482          *E-FILED - 11/30/10*
Telephone: 415.268.7000
7 | Facsimile: 415.268.7522

8 | Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLETTE OSETEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No.   5:10-cv-04253 RMW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; [] ORDER**<br><br>Assigned to:  Hon. Ronald M. Whyte<br><br>FAC Filed:  November 5, 2010 |

1  Pursuant to Northern District Local Rule 6-1(a), plaintiff Colette Osetek ("Plaintiff") and defendant Apple Inc. ("Apple"), through their respective attorneys, stipulate as follows:

WHEREAS, on November 5, 2010, Plaintiff filed her First Amended Complaint in the above-captioned case;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Apple's time to respond to the First Amended Complaint is November 19, 2010;

WHEREAS, on November 4, 2010, Apple filed a Notice of Motion and Motion to Consolidate the above-captioned case with *Weisblatt, et al. v. Apple Inc., et al.* (Case No. 5:10-cv-02553 RMW) ("Weisblatt") and *Logan v. Apple Inc., et al.* (Case No. 5:10-cv-02588 RMW) ("Logan");

WHEREAS, Plaintiff in the above-captioned case, along with plaintiffs in the *Weisblatt* and *Logan* matters, intend to file a consolidated complaint;

WHEREAS, this extension is intended to obviate the need to answer a complaint that will be superseded by a consolidated complaint;

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court.

NOW THEREFORE, plaintiff Colette Osetek and defendant Apple Inc., through their respective attorneys, HEREBY STIPULATE that:

1. Apple's time to respond to the First Amended Complaint is extended up to and including December 20, 2010.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 19, 2010 | PENELOPE A. PREOVOLOS |
| 2 | | ANDREW DAVID MUHLBACH |
| | | STUART C. PLUNKETT |
| 3 | | HEATHER A. MOSER |
| | | MORRISON & FOERSTER LLP |

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

*Attorneys for Defendant*
APPLE INC.

Dated: November 19, 2010        ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
JASON A. PIKLER
SCHUBERT JONCKHEER & KOLBE LLP

By: /s/ Willem F. Jonckheer
WILLEM F. JONCKHEER

*Attorneys for Plaintiff*
COLETTE OSETEK

    I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 5:10-cv-04253 JW
sf-2920701

2

1  **[] ORDER**

2  Pursuant to Stipulation, IT IS SO ORDERED that Apple Inc.'s time to respond to the

3  First Amended Complaint is extended to December 20, 2010.

4

5  Dated: November 30, 2010

6  _____
   The Honorable Judge Ronald M. Whyte

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 5:10-cv-04253 JW
sf-2920701

3