1  Michael W. Sobol (State Bar No. 194857)
   *msobol@lchb.com*
2  Roger N. Heller (State Bar No. 215348)
   *rheller@lchb.com*
3  Allison Elgart (State Bart No. 241901)
   *aelgart@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

*E-FILED - 12/15/10*

7  *Attorneys for Weisblatt Plaintiffs*

8  [Additional Counsel listed on signature page]

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| ADAM WEISBLATT, JOE HANNA, and DAVID TURK, individually and on behalf of all others similarly situated, | Case No. 5:10-cv-02553-RMW |
| Plaintiffs, | **STIPULATION AND [] ORDER FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42** |
| v. | |
| APPLE INC., AT&T MOBILITY LLC, and Does 1-10, | |
| Defendants. | |
| STUART LOGAN, on behalf of himself and all others similarly situated, | Case No. 5:10-cv-02588-RMW |
| Plaintiff, | |
| v. | |
| APPLE INC. and AT&T MOBILITY LLC, | |
| Defendants, | |
| COLETTE OSETEK, individually and on behalf of all others similarly situated, | Case No. 5:10-cv-04253-RMW |
| Plaintiff, | |
| v. | |
| APPLE INC., | |
| Defendant, | |

STIPULATION AND [] ORDER FOR CONSOLIDATION

CASE NOS. 5:10-cv-02553-RMW, 5:10-cv-2588-RMW, 5:10-cv-4523-RMW

1  WHEREAS, *Weisblatt et. al v. Apple Inc. et al.* (N.D. Cal. Case No. 5:10-cv-02553-
2  RMW) (the "*Weisblatt*" action") was filed on June 9, 2010, naming as defendants Apple Inc.
3  ("Apple"), AT&T Inc., and AT&T Mobility LLC ("AT&T Mobility");

4  WHEREAS, plaintiffs in the *Weisblatt* action filed their First Amended Complaint on
5  June 23, 2010;

6  WHEREAS, by stipulated Order dated September 22, 2010, defendant AT&T Inc. was
7  dismissed from the *Weisblatt* action without prejudice;

8  WHEREAS, *Logan v. Apple Inc. et. al.* (N. D. Cal. Case No. 5:10-cv-02588-RMW) (the
9  "*Logan* action") was filed on June 11, 2010, naming as defendants Apple and AT&T Mobility;

10  WHEREAS, by Order dated September 14, 2010, this Court related the *Logan* action to
11  the *Weisblatt* action;

12  WHEREAS, pursuant to the Stipulation And Order Regarding Motion To Compel
13  Arbitration, Discovery And Deferral Of Responsive Pleading Of AT&T Mobility LLC, dated
14  November 4, 2010 (*Logan* Dkt. No. 41), AT&T Mobility's time to respond to the *Logan*
15  complaint was extended to December 6, 2010;

16  WHEREAS, pursuant to the Order Granting Motion of AT&T Mobility LLC For An
17  Extension Of Time To Respond To The First Amended Complaint, dated November 15, 2010
18  (*Weisblatt* Dkt. No. 61), AT&T Mobility's time to respond to the *Weisblatt* First Amended
19  Complaint was extended to December 6, 2010;

20  WHEREAS, Case Management Conferences in the *Weisblatt* and *Logan* actions are
21  scheduled for December 17, 2010 (*see* Order on Defendant AT&T Mobility LLC's Motion To
22  Compel Arbitration Or, In The Alternative, To Stay Case, dated October 18, 2010, *Weisblatt*
23  Dkt. No. 50, and Stipulation And Order Continuing November 19, 2010 Case Management
24  Conference To December 17, 2010, dated November 17, 2010, *Logan* Dkt. No. 46);

25  WHEREAS, *Osetek v. Apple Inc.* (N.D. Cal. Case No. 5:10-cv-04253-RMW) (the
26  "*Osetek* action") was filed on September 20, 2010, naming Apple as a defendant;

27  WHEREAS, by Order dated October 27, 2010, this Court related the *Osetek* action to the
28  *Weisblatt* action;

| | 1 | CASE NOS. 5:10-cv-02553-RMW, 5:10-cv-2588-RMW, 5:10-cv-4523-RMW |
|---|---|---|
| STIPULATION AND [] ORDER FOR CONSOLIDATION | | |

WHEREAS, the *Weisblatt*, *Logan*, and *Osetek* actions are all currently pending before this Court;

WHEREAS, on November 4, 2010, defendant Apple filed a Motion to Consolidate Related Actions (*Weisblatt* Dkt. No. 57; *Logan* Dkt. No. 42; *Osetek* Dkt. No. 12) ("Motion to Consolidate"), asking the Court to consolidate the *Weisblatt*, *Logan*, and *Osetek* actions for all purposes pursuant to Fed. R. Civ. P. 42, and the hearing on Apple's Motion to Consolidate is currently scheduled for January 7, 2011;

WHEREAS, on November 12, 2010, defendant AT&T Mobility filed its Notice of Joinder in Apple Inc.'s Motions to Consolidate Related Actions as to the two actions in which AT&T Mobility is named as a defendant, *Weisblatt* and *Logan* (*Weisblatt* Dkt. No. 59 and *Logan* Dkt. No. 45); and

WHEREAS, the *Weisblatt*, *Logan*, and *Osetek* actions arise from the same circumstances and allegations, and involve common questions of law and fact,

Plaintiffs in the *Weisblatt*, *Logan*, and *Osetek* actions, defendant Apple, and defendant AT&T Mobility, by and through their respective counsel, hereby stipulate as follows:

1. The *Weisblatt*, *Logan*, and *Osetek* actions shall be consolidated for all purposes, pursuant to Fed. R. Civ. P. 42(a).  The case number for the consolidated proceedings shall be 5:10-cv-02553-RMW (the case number for the first-filed *Weisblatt* action).

2. Defendant Apple's pending Motion to Consolidate is dismissed as moot, and the January 7, 2011 hearing for Apple's Motion to Consolidate is vacated.

3. Defendant AT&T Mobility shall not be required to respond further to the complaints filed in the *Weisblatt* or *Logan* actions.

4. Plaintiffs shall file a consolidated master complaint ("Master Complaint") by no later than December 10, 2010.

5. Defendants Apple and AT&T Mobility shall file their responses to the Master Complaint by no later than January 14, 2011.  To the extent that Apple and/or AT&T Mobility move to dismiss one or more of the claims alleged in the Master

1  Complaint: (a) Plaintiffs shall file their opposition(s) to any such motion(s) by no
2  later than February 11, 2011; and (b) defendant(s) shall file their replies by no later
3  March 4, 2010.  Any such motions shall be heard by the Court on March 18, 2011
4  at 9:00 a.m.

5     6. The Case Management Conferences scheduled for December 17, 2010 in the
6  *Weisblatt* and *Logan* actions are hereby taken off calendar.  The Initial Case
7  Management Conference in the consolidated action shall be held on March 18,
8  2011 at 10:30 a.m. or on such later date as the Court orders.

9     7. The Court's Order on Defendant AT&T Mobility's Motion to Compel Arbitration
10  or, in the Alternative, to Stay Case, entered in the *Weisblatt* action on October 18,
11  2010 (*Weisblatt* Dkt. No. 50), shall be fully binding on the parties in the
12  consolidated action.  The parties agree that AT&T Mobility's right to seek to
13  compel arbitration of the named plaintiff's claims in accordance with their
14  arbitration agreements is preserved, and in particular agree that all arguments
15  raised in AT&T Mobility's Motions to Compel Arbitration and to Dismiss Claims
16  or, in the Alternative, to Stay Case, filed in the *Weisblatt* action (*Weisblatt* Dkt.
17  No. 23) and *Logan* action (*Logan* Dkt. No. 32), shall be preserved as if such
18  arguments were raised in the consolidated action.

IT IS SO STIPULATED.

---

3  CASE NOS. 5:10-cv-02553-RMW, 5:10-cv-2588-RMW, 5:10-cv-4523-RMW
STIPULATION AND [] ORDER FOR CONSOLIDATION

| | | |
|---|---|---|
| 1 | Dated:  December 6, 2010 | **Counsel for Weisblatt Plaintiffs:** |
| 2 | | |
| 3 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4 | | |
| 5 | | By:  */s/* Michael W. Sobol<br>Michael W. Sobol<br>*msobol@lchb.com* |
| 6 | | Roger N. Heller<br>*rheller@lchb.com* |
| 7 | | Allison Elgart<br>*aelgart@lchb.com* |
| 8 | | 275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 |
| 9 | | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 10 | Dated:  December 6, 2010 | **Counsel for Logan Plaintiffs** |
| 11 | | THE WESTON FIRM |
| 12 | | By:  */s/* Gregory S. Weston<br>Gregory S. Weston |
| 13 | | *greg@westonfirm.com*<br>888 Turquoise Street |
| 14 | | San Diego, CA 92109<br>Telephone:  (858) 488-1672 |
| 15 | | Facsimile:  (480) 247-4553 |
| 16 | | Jack Fitzgerald<br>*jack@westonfirm.com* |
| 17 | | 2811 Sykes Court<br>Santa Clara, California 95051 |
| 18 | | Telephone:  (408) 459-0305 |
| 19 | Dated:  December 6, 2010 | **Counsel for Osetek Plaintiffs** |
| 20 | | SCHUBERT JONCKHEER & KOLBE LLP |
| 21 | | By:  */s/* Willem F. Jonckheer<br>Willem F. Jonckheer |
| 22 | | wjonckheer@schubertlawfirm.com<br>Three Embarcadero Center |
| 23 | | Suite 1650<br>San Francisco, CA 94111 |
| 24 | | Telephone:  (415) 788-4220<br>Facsimile:  (415) 788-0161 |

| | | |
|---|---|---|
| 1 | DATED:  December 6, 2010 | ***Counsel for Apple Inc.*** |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | By:  /s/ Penelope A. Preovolos |
| | | Penelope A. Preovolos |
| 4 | |    ppreovolos@mofo.com |
| | | Andrew D. Muhlbach (CA SBN 175694) |
| 5 | | amuhlbach@mofo.com |
| | | Heather A. Moser (CA SBN 212686) |
| 6 | | hmoser@mofo.com |
| | | 425 Market Street |
| 7 | | San Francisco, California  94105-2482 |
| | | Telephone: 415.268.7000 |
| 8 | | Facsimile: 415.268.7522 |
| 9 | DATED:  December 6, 2010 | ***Counsel for AT&T Mobility LLC*** |
| 10 | | CROWELL & MORING, LLP |
| 11 | | By:  */s/* M. Kay Martin |
| | | M. Kay Martin (CSB No. 154697) |
| 12 | | mmartin@crowell.com |
| | | 275 Battery Street, 23rd Floor |
| 13 | | San Francisco, CA  94111 |
| | | Telephone: (415) 986-2800 |
| 14 | | Facsimile: (415) 986-2827 |
| 15 | | Kathleen Taylor Sooy |
| | | ksooy@crowell.com |
| 16 | | 1001 Pennsylvania Avenue, NW |
| | | Washington, D.C. 20004 |
| 17 | | Tel: (202) 624-2500 |
| | | Facsimile: (202) 628-5116 |

21      PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Date: 12/15/10

*Ronald M. Whyte* (signature)

Hon. Ronald M. Whyte
United States District Judge

---

5 | CASE NOS. 5:10-cv-02553-RMW, 5:10-cv-2588-RMW, 5:10-cv-4523-RMW

STIPULATION AND [] ORDER FOR CONSOLIDATION