| | |
|---|---|
| Michael W. Sobol (CSB No. 194857) *msobol@lchb.com* Roger N. Heller (CSB No. 215348) *rheller@lchb.com* Allison Elgart (CSB No. 241901) *aelgart@lchb.com* LIEFF CABRASER HEIMANN & BERNSTEIN, LLP 275 Battery Street, 29th Floor San Francisco, CA  94111-3339 Telephone:  (415) 956-1000 Facsimile:  (415) 956-1008  *Attorneys for Plaintiffs* | M. Kay Martin (CSB No. 154697) *mmartin@crowell.com* Joel D. Smith (CSB No. 244902) *jsmith@crowell.com* CROWELL & MORING LLP 275 Battery Street, 23rd Floor San Francisco, CA  94111 Telephone:  (415) 986-2800 Facsimile:  (415) 986-2827  Kathleen Taylor Sooy (*pro hac vice*) *ksooy@crowell.com* CROWELL & MORING LLP 1001 Pennsylvania Avenue, NW Washington, DC 20004 Telephone:  (202) 624-2500 Facsimile:  (202) 628-5116  *Attorneys for AT&T Mobility LLC*  Penelope A. Preovolos *ppreovolos@mofo.com* Stuart Plunkett *splunkett@mofo.com* MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522  *Attorneys for Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

***E-FILED - 6/16/11***

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation  ALL CONSOLIDATED ACTIONS | Case No.  CV 10-02553 RMW  **STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**  Honorable Ronald M. Whyte |

1  Plaintiffs and Defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, a Case Management Conference is scheduled in this matter for June 17, 2011 at 10:30 a.m.;

WHEREAS, on June 3, 2011, ATTM filed a renewed Motion to Compel Arbitration and to Stay Claims ("Motion to Compel") (Docket No. 93);

WHEREAS, the hearing on ATTM's Motion to Compel is currently scheduled for July 15, 2011 at 9:00 a.m.;

WHEREAS, the parties agree that it would be appropriate and would promote judicial efficiency for the Case Management Conference, currently scheduled for June 17, 2011, to be continued until July 15, 2011, the hearing date for ATTM's Motion to Compel;

WHEREAS, the parties previously requested a continuance of the Initial Case Management Conference (Docket No. 37), which the Court granted (Docket No. 39), and the parties previously requested extensions of deadlines to file responses and briefs (Docket Nos. 16, 18, 20, 36, 53), which the Court granted;

WHEREAS, the requested continuance would not alter or affect any other dates or deadlines in this case, other than the date for the Case Management Conference that is the subject of this Stipulation;

THEREFORE, Plaintiffs, Apple, and ATTM stipulate and respectfully request that the Court issue an Order as follows:

1. The Case Management Conference in this matter, scheduled for June 17, 2011 at 10:30 a.m., is continued until July 15, 2011 at 10:30 a.m.

2. The parties shall submit a Joint Case Management Conference Statement by July 8, 2011.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 15, 2011 | CROWELL & MORING, LLP |
| | By:   /s/ M. Kay Martin |
| | M. Kay Martin<br>Attorneys for Defendant<br>AT&T Mobility LLC |
| Dated:  June 15, 2011 | MORRISON & FOERSTER LLP |
| | By:   /s/ Penelope Preovolos |
| | Penelope A. Preovolos<br>Attorneys for Defendant Apple Inc. |
| Dated:  June 15, 2011 | LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP |
| | By:   /s/ Roger Heller |
| | Roger Heller<br>Attorneys for Plaintiffs |

**[] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 6/16/11

_____
The Honorable Judge Ronald M. Whyte
United States District Court