M. Kay Martin (CSB No. 154697)
mmartin@crowell.com
Joel D. Smith (CSB No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Kathleen Taylor Sooy
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple and AT&T iPad Unlimited Data Plan Litigation | Case No. 5:10-cv-02553-RMW |
| | <u>CLASS ACTION</u> |
| | **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |
| | **[N.D. CAL. CIVIL L.R. 6-1(b)]** |

CASE NO. 5:10-cv-02553
STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

DCACTIVE-15909883.1

1    Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("Plaintiffs") and

2    Defendant AT&T Mobility LLC ("ATTM"), by and through their respective attorneys, hereby

3    stipulate as follows:

4    WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated

5    Complaint ("FAMCC") in the above-captioned case;

6    WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, ATTM's

7    response to the FAMCC would be due August 22, 2011;

8    WHEREAS, ATTM anticipates filing a responsive motion to the FAMCC under

9    Rule 12(b)(6);

10   WHEREAS, ATTM represents that its anticipated Rule 12(b)(6) motion is not made for

11   the purpose of delay or reasserting arguments that have already been decided by this Court;

12   WHEREAS, a further Case Management Conference is currently scheduled in this case

13   for October 28, 2011 at 10:30 a.m.;

14   WHEREAS, Plaintiffs and ATTM desire to agree to a briefing schedule for ATTM's

15   Rule 12(b)(6) motion that extends the time for filing the motion as well as for briefing on the

16   motion, and which harmonizes the date of the hearing for such motion with the date of the

17   upcoming further Case Management Conference in this case;

18   WHEREAS, the stipulated briefing schedule will not alter the date of any event or

19   deadline already fixed by the Court.

20   THEREFORE, Plaintiffs and ATTM STIPULATE as follows:

21   1.    ATTM's Rule 12(b)(6) motion shall be filed on or before September 7, 2011;

22   2.    Plaintiffs' opposition brief shall be filed on or before September 30, 2011.

23   2.    ATTM's reply brief shall be filed on or before October 14, 2011.

24   3.    Plaintiffs and ATTM request that the hearing on ATTM's Rule 12(b)(6) motion be

25   scheduled for October 28, 2011 at 9:00 a.m.

26   4.    Except as set forth above, all Local Rules shall remain in effect with respect to the

27   briefing.  Entering into this stipulation does not constitute a waiver of any defense under Federal

28   Rule of Civil Procedure 12.

1    IT IS SO STIPULATED.

2

3    Dated:  August 12, 2011                    CROWELL & MORING, LLP

4                                               By:    /s/ M. Kay Martin

5                                                     M. Kay Martin
                                                     Attorneys for Defendant
6                                                    AT&T Mobility LLC

7    Dated:  August 12, 2011                    LIEFF, CABRASER, HEIMANN &
                                                     BERNSTEIN, LLP
8
                                               By:    /s/ Roger Heller
9
                                                     Roger Heller
10                                                   Attorneys for Plaintiffs

11

12

13       I, M. Kay Martin, am the ECF User whose ID and password are being used to file this

14   Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that concurrence

15   in the filing of the document has been obtained from each of the other signatories.

16                                   By:    /s/  M. Kay Martin
                                               M. Kay Martin
17

18

19

20

21

22

23                                  **[PROPOSED] ORDER**

24       Pursuant to Stipulation, SO ORDERED.

25

26                                         _____
                                           The Honorable Judge Ronald M. Whyte
27   Dated:                                U. S. District Court

28