1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  STUART C. PLUNKETT (CA SBN 187971)
   (SPlunkett@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   APPLE INC.
8

*E-FILED - 8/23/11*

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13  In re Apple and AT&T iPad Unlimited Data Plan
14  Litigation

    Case Nos.  5:10-cv-02553 RMW

    **CLASS ACTION**

15  ALL CONSOLIDATED ACTIONS

    **STIPULATION AND []
    ORDER EXTENDING APPLE'S
    TIME TO RESPOND TO FIRST
    AMENDED MASTER
    CONSOLIDATED COMPLAINT**

18  The Hon. Ronald M. Whyte

19  [N.D. Cal. Civil L.R.6-1]

20

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3033753

Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Apple's response to the FAMCC would be due August 22, 2011;

WHEREAS, plaintiffs and Apple are in the process of mediating this dispute with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni, Esq. of JAMS;

WHEREAS, plaintiffs and Apple have made substantial progress toward a possible resolution;

WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for mediation discussions;

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended by 30 days, until October 21, 2011.

IT IS SO STIPULATED.

Dated: August 16, 2011

MICHAEL W. SOBOL
ROGER N. HELLER
ALLISON ELGART
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By: /s/ Michael W. Sobol
MICHAEL W. SOBOL

Attorneys for Plaintiffs

Dated: August 16, 2011

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/23/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3033753

2