1  M. Kay Martin (CSB No. 154697)
   mmartin@crowell.com
2  Joel D. Smith (CSB No. 244902)
   jsmith@crowell.com
3  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: 415.986.2800
5  Facsimile: 415.986.2827

6  Kathleen Taylor Sooy
   ksooy@crowell.com
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone: (202) 624-2500
9  Facsimile: (202) 628-5116

10 Attorneys for AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| In Re Apple and AT&T iPad Unlimited Data Plan Litigation | Case No. 5:10-cv-02553-RMW |
|---|---|
| | CLASS ACTION |
| | **STIPULATION AND [] ORDER ON BRIEFING SCHEDULE** |
| | **[N.D. CAL. CIVIL L.R. 6-1(b)]** |

CASE NO. 5:10-cv-02553
STIPULATION AND [] ORDER ON BRIEFING SCHEDULE

CROWELL & MORING LLP
ATTORNEYS AT LAW

DCACTIVE-15909883.1

1     Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("Plaintiffs") and
2  Defendant AT&T Mobility LLC ("ATTM"), by and through their respective attorneys, hereby
3  stipulate as follows:
4     WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated
5  Complaint ("FAMCC") in the above-captioned case;
6     WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, ATTM's
7  response to the FAMCC would be due August 22, 2011;
8     WHEREAS, ATTM anticipates filing a responsive motion to the FAMCC under
9  Rule 12(b)(6);
10    WHEREAS, ATTM represents that its anticipated Rule 12(b)(6) motion is not made for
11 the purpose of delay or reasserting arguments that have already been decided by this Court;
12    WHEREAS, a further Case Management Conference is currently scheduled in this case
13 for October 28, 2011 at 10:30 a.m.;
14    WHEREAS, Plaintiffs and ATTM desire to agree to a briefing schedule for ATTM's
15 Rule 12(b)(6) motion that extends the time for filing the motion as well as for briefing on the
16 motion, and which harmonizes the date of the hearing for such motion with the date of the
17 upcoming further Case Management Conference in this case;
18    WHEREAS, the stipulated briefing schedule will not alter the date of any event or
19 deadline already fixed by the Court.
20    THEREFORE, Plaintiffs and ATTM STIPULATE as follows:
21    1.    ATTM's Rule 12(b)(6) motion shall be filed on or before September 7, 2011;
22    2.    Plaintiffs' opposition brief shall be filed on or before September 30, 2011.
23    2.    ATTM's reply brief shall be filed on or before October 14, 2011.
24    3.    Plaintiffs and ATTM request that the hearing on ATTM's Rule 12(b)(6) motion be
25 scheduled for October 28, 2011 at 9:00 a.m.
26    4.    Except as set forth above, all Local Rules shall remain in effect with respect to the
27 briefing.  Entering into this stipulation does not constitute a waiver of any defense under Federal
28 Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: August 12, 2011                               CROWELL & MORING, LLP

                                              By:   /s/ M. Kay Martin

                                              M. Kay Martin
                                              Attorneys for Defendant
                                              AT&T Mobility LLC

Dated: August 12, 2011                               LIEFF, CABRASER, HEIMANN &
                                                     BERNSTEIN, LLP

                                              By:   /s/ Roger Heller

                                              Roger Heller
                                              Attorneys for Plaintiffs

I, M. Kay Martin, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                              By:   /s/  M. Kay Martin
                                                    M. Kay Martin

**[] ORDER**

Pursuant to Stipulation, SO ORDERED.

                                              _____
Dated: **: 14513**                              The Honorable Judge Ronald M. Whyte
                                              U. S. District Court