1  Michael W. Sobol (State Bar No. 194857)
   *msobol@lchb.com*
2  Roger N. Heller (State Bar No. 215348)
   *rheller@lchb.com*
3  Allison Elgart (State Bar No. 241901)
   *aelgart@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case No. CV 10-02553 RMW<br><br>**[] ORDER ON MOTION FOR LEAVE TO <u>WITHDRAW AS COUNSEL</u>** |
|---|---|

This Court having fully considered Allison S. Elgart's *Motion For Leave To Withdraw As Counsel*, the motion is **GRANTED**.

**IT IS SO ORDERED** this  9y  day of  Qevqdgt , 2011.

*Ronald M. Whyte*
Honorable Ronald M. Whyte

935977.1

- 1 -

ORDER ON MOTION TO WITHDRAW AS COUNSEL
CASE NO. CV 10-02553 RMW