PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case Nos. 5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R.6-1] |

1  Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and
2  Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as
3  follows:
4  WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated
5  Complaint ("FAMCC") in the above-captioned case;
6  WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would
7  be due October 21, 2011 (Dkt. No. 116);
8  WHEREAS, plaintiffs and Apple are in the process of mediating this dispute with the
9  Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni, Esq. of JAMS;
10  WHEREAS, plaintiffs and Apple have made substantial progress toward a possible
11  resolution;
12  WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC
13  to permit additional time for mediation discussions;
14  WHEREAS, the stipulated extension will not alter the date of any event or deadline
15  already fixed by the Court;
16  THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended by
17  30 days, until November 21, 2011.
18  IT IS SO STIPULATED.
19
20  Dated: October 17, 2011       MICHAEL W. SOBOL
                                  ROGER N. HELLER
21                                ALLISON ELGART
                                  LIEFF, CABRASER, HEIMANN &
22                                BERNSTEIN, LLP
23
24                                By:   /s/ Michael W. Sobol
                                        MICHAEL W. SOBOL
25
                                  Attorneys for Plaintiffs
26
27
28

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW                                                           1
sf-3058372

| | |
|---|---|
| Dated: October 17, 2011 | PENELOPE A. PREOVOLOS<br>ANDREW D. MUHLBACH<br>STUART C. PLUNKETT<br>MORRISON & FOERSTER LLP |
| | By: /s/ Penelope A. Preovolos<br>PENELOPE A. PREOVOLOS |
| | Attorneys for Defendant<br>APPLE INC. |

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3214214233

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3058372

2