PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case Nos.  5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R.6-1] |

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3109118

1  Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would be due February 28, 2012 (Dkt. No. 126);

WHEREAS, plaintiffs and Apple are in the process of mediating this dispute with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni, Esq. of JAMS;

WHEREAS, plaintiffs and Apple have made substantial progress toward a possible resolution;

WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for mediation discussions;

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended until March 29, 2012.

IT IS SO STIPULATED.


Dated: February 27, 2012                MICHAEL W. SOBOL
                                        ROGER N. HELLER
                                        ALLISON ELGART
                                        LIEFF, CABRASER, HEIMANN &
                                        BERNSTEIN, LLP


                                        By:  /s/ Michael W. Sobol
                                            MICHAEL W. SOBOL

                                        Attorneys for Plaintiffs

---

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3109118

1

| | | |
|---|---|---|
| 1 | Dated: February 27, 2012 | PENELOPE A. PREOVOLOS |
| 2 | | ANDREW D. MUHLBACH |
| | | STUART C. PLUNKETT |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 

*Ronald M. Whyte* (signature)

Hon. Ronald M. Whyte
United States District Judge