1  Michael W. Sobol (State Bar No. 194857)
   *msobol@lchb.com*
2  Roger N. Heller (State Bar No. 215348)
   *rheller@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:  (415) 956-1008

6  *Attorneys for Plaintiffs*

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation | Case No. 5:10-cv-02553-RMW |
| ALL CONSOLIDATED CASES | **STIPULATION AND []**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

1    Plaintiffs Adam Weisblatt, Joe Hanna, David Turk, and Colette Osetek
2  ("Plaintiffs"), Defendant Apple Inc. ("Apple"), and Defendant AT&T Mobility LLC ("ATTM"),
3  by and through their respective counsel, hereby stipulate as follows:
4    WHEREAS, pursuant to the Court's Order dated June 26, 2012 (Docket No. 142),
5  a case management conference in these consolidated actions is currently scheduled for July 13,
6  2012 at 10:30 a.m.;
7    WHEREAS, due to unavailability of Plaintiffs' counsel on the scheduled date, the
8  parties respectfully request and stipulate that the scheduled case management conference be
9  continued by two weeks, to July 27, 2012 at 10:30 a.m.; and
10    WHEREAS, the requested continuance is not for purposes of delay and would not
11  alter or affect any other dates or deadlines in this case;
12    Plaintiffs, Apple, and ATTM hereby stipulate and respectfully request that:
13    1. The case management conference currently scheduled for July 13, 2012 at
14        10:30 a.m. shall be continued to July 27, 2012 at 10:30 a.m.
15    2. The deadline for the parties to submit a joint case management conference
16        statement shall be July 20, 2012.
17    IT IS SO STIPULATED.

Dated:  July 5, 2012                                      CROWELL & MORING, LLP

                                                          By:   /s/ *M. Kay Martin*

                                                              M. Kay Martin
                                                              Attorneys for Defendant
                                                              AT&T Mobility LLC


Dated:  July 5, 2012                                      MORRISON & FOERSTER LLP

                                                          By:   /s/ *Penelope Preovolos*

                                                              Penelope A. Preovolos
                                                              Attorneys for Defendant Apple Inc.

| | |
|---|---|
| 1  Dated:  July 5, 2012 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By:  /s/ *Roger Heller*

Roger Heller
Attorneys for Plaintiffs

**[] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

*Ronald M. Whyte*
_____
Dated:  ï₣G₣G         The Honorable Judge Ronald M. Whyte
U. S. District Court

- 3 -

STIPULATION AND [] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 5:10-CV-02553-RMW