| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) (PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) (AMuhlbach@mofo.com) |
| 3 | STUART C. PLUNKETT (CA SBN 187971) (SPlunkett@mofo.com) |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation | Case Nos. 5:10-cv-02553 RMW |
| | **CLASS ACTION** |
| ALL CONSOLIDATED ACTIONS | **STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT** |
| | The Hon. Ronald M. Whyte |
| | [N.D. Cal. Civil L.R.6-1] |

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3174015

1 | Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would be due July 30, 2012 (Dkt. No. 141);

WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions;

WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for settlement discussions;

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended until September 28, 2012.

IT IS SO STIPULATED.

Dated: July 25, 2012

MICHAEL W. SOBOL
ROGER N. HELLER
ALLISON ELGART
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP


By:   /s/ Michael W. Sobol
          MICHAEL W. SOBOL

Attorneys for Plaintiffs

Dated: July 25, 2012

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3174015

2