1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  STUART C. PLUNKETT (CA SBN 187971)
   (SPlunkett@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   APPLE INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13 | In re Apple and AT&T iPad Unlimited Data Plan Litigation | Case Nos. 5:10-cv-02553 RMW
14 |                                                         | **CLASS ACTION**
15 | ALL CONSOLIDATED ACTIONS                                | **STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**
18 |                                                         | The Hon. Ronald M. Whyte
19 |                                                         | [N.D. Cal. Civil L.R.6-1]

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3197362

1  Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and
2  Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as
3  follows:
4  WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated
5  Complaint ("FAMCC") in the above-captioned case;
6  WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would
7  be due September 28, 2012 (Dkt. No. 141);
8  WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions;
9  WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC
10 to permit additional time for settlement discussions;
11 WHEREAS, the stipulated extension will not alter the date of any event or deadline
12 already fixed by the Court;
13 THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended
14 until October 29, 2012.
15 IT IS SO STIPULATED.
16
17 Dated: September 20, 2012    MICHAEL W. SOBOL
                                ROGER N. HELLER
18                              ALLISON ELGART
                                LIEFF, CABRASER, HEIMANN &
19                              BERNSTEIN, LLP
20
21                              By:   /s/ Michael W. Sobol
                                      MICHAEL W. SOBOL
22
                                Attorneys for Plaintiffs
23
24
25
26
27
28

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3197362

1

1 | Dated: September 20, 2012

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

/s/ Ronald M. Whyte
_____
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3197362

2