1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  STUART C. PLUNKETT (CA SBN 187971)
   (SPlunkett@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   APPLE INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13 | In re Apple and AT&T iPad Unlimited Data Plan | Case Nos.  5:10-cv-02553 RMW
14 | Litigation | **CLASS ACTION**

15 | | **STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**
16 | ALL CONSOLIDATED ACTIONS |
17 |

18 | | The Hon. Ronald M. Whyte

19 | | [N.D. Cal. Civil L.R.6-1]

20

1     Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

    WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

    WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would be due November 28, 2012;

    WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions and have made substantial progress towards resolving this matter;

    WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for settlement discussions;

    WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

    THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended until December 28, 2012.

    IT IS SO STIPULATED.

Dated: November 26, 2012

    MICHAEL W. SOBOL
    ROGER N. HELLER
    ALLISON ELGART
    LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP

    By:   /s/ Michael W. Sobol
          MICHAEL W. SOBOL

    Attorneys for Plaintiffs

1 | Dated: November 26, 2012          PENELOPE A. PREOVOLOS
                                                                 ANDREW D. MUHLBACH
                                                                  STUART C. PLUNKETT
                                                                  MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
        PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

    I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
        Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____ /s/ Ronald M. Whyte

Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3220060

2