PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case Nos. 5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R.6-1] |

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3231423

1  Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and
2  Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as
3  follows:
4  WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated
5  Complaint ("FAMCC") in the above-captioned case;
6  WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would
7  be due December 28, 2012;
8  WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions and
9  have made substantial progress towards resolving this matter;
10  WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC
11  to permit additional time for settlement discussions;
12  WHEREAS, the stipulated extension will not alter the date of any event or deadline
13  already fixed by the Court;
14  THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended
15  until January 28, 2013.
16  IT IS SO STIPULATED.
17
18  Dated: December 21, 2012          MICHAEL W. SOBOL
                                      ROGER N. HELLER
19                                    ALLISON ELGART
                                      LIEFF, CABRASER, HEIMANN &
20                                    BERNSTEIN, LLP
21
22                                    By:    /s/ Michael W. Sobol
                                             MICHAEL W. SOBOL
23
                                      Attorneys for Plaintiffs
24

| | | |
|---|---|---|
| 1 | Dated: December 21, 2012 | PENELOPE A. PREOVOLOS |
| 2 | | ANDREW D. MUHLBACH |
| | | STUART C. PLUNKETT |
| 3 | | MORRISON & FOERSTER LLP |

By:   /s/ Penelope A. Preovolos
      PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
      Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3231423

2