| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
|   | (PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) |
|   | (AMuhlbach@mofo.com) |
| 3 | STUART C. PLUNKETT (CA SBN 187971) |
|   | (SPlunkett@mofo.com) |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation | Case Nos.  5:10-cv-02553 RMW |
|   | **CLASS ACTION** |
| ALL CONSOLIDATED ACTIONS | **STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT** |
|   | The Hon. Ronald M. Whyte |
|   | [N.D. Cal. Civil L.R.6-1] |

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3242369

1     Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

    WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

    WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would be due January 28, 2013;

    WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions and have made substantial progress towards resolving this matter;

    WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for settlement discussions;

    WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

    THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended until February 28, 2013.

    IT IS SO STIPULATED.

Dated: January 24, 2013            MICHAEL W. SOBOL
                                       ROGER N. HELLER
                                       ALLISON ELGART
                                       LIEFF, CABRASER, HEIMANN &
                                       BERNSTEIN, LLP

                                       By:   /s/ Michael W. Sobol
                                                         MICHAEL W. SOBOL

                                       Attorneys for Plaintiffs

Dated: January 24, 2013

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

/s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3242369

2