1  Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
2  Roger N. Heller (State Bar No. 215348)
   rheller@lchb.com
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:  (415) 956-1008

6  *Attorneys for Plaintiff Joe Hanna*

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

12 | In re Apple and AT&T iPad Unlimited Data Plan Litigation | Case Nos.  5:10-cv-02553 RMW |
   |  | **CLASS ACTION** |
   | ALL CONSOLIDATED ACTIONS | **STIPULATION AND [] ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE** |
   |  | The Hon. Ronald M. Whyte |
   |  | [N.D. Cal. Civil L.R.6-1] |

Plaintiff Joe Hanna ("Plaintiff Hanna") and Defendant AT&T Mobility LLC ("ATTM"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, Plaintiff Hanna and other named plaintiffs in these consolidated actions originally asserted claims against ATTM and Defendant Apple Inc., on behalf of a putative class of consumers;

WHEREAS, on July 19, 2011, the Court granted ATTM's motion to compel arbitration and stay claims against ATTM, as to all of the named plaintiffs except for Plaintiff Hanna (Docket No. 107);

WHEREAS, on August 8, 2011, plaintiffs in these consolidated actions filed their First Amended Master Consolidated Complaint ("FAMCC") (Docket No. 110);

WHEREAS, in the FAMCC, Plaintiff Hanna alleges claims against ATTM on behalf of a putative "AT&T Non-Subscriber Class";

WHEREAS, on September 7, 2011, ATTM filed its Answer to the FAMCC (Docket No. 121);

WHEREAS, on June 26, 2012, the Court denied ATTM's motion to strike Plaintiff Hanna's class allegations in the FAMCC, and denied without prejudice ATTM's motion to deny class certification (Docket No. 142);

WHEREAS, pursuant to the Court's Minute Order dated July 27, 2012 (Docket No. 150), Plaintiff Hanna's motion for class certification would be due February 15, 2013, ATTM's opposition would be due March 15, 2013, and Plaintiff Hanna's reply would be due April 5, 2013, and a hearing on the class certification motion would occur on April 19, 2013 at 9:00 a.m.;

WHEREAS, Plaintiff Hanna and ATTM have been engaged in productive settlement discussions and have made progress towards a possible resolution of this matter;

WHEREAS, Plaintiff Hanna and ATTM agree to continue the current class certification briefing and hearing schedule to permit additional time for settlement discussions;

WHEREAS, other than the above class certification briefing and hearing schedule, the stipulated continuance will not alter the date of any other event or deadline already fixed by the Court;

1
2   THEREFORE, Plaintiff Hanna and ATTM stipulate that the class certification briefing
3   and hearing schedule set forth in the Court's Minute Order dated July 27, 2012 (Docket No. 150)
4   is continued until such revised dates as may later be set by the Court.  Either by stipulation or by
5   separate administrative motion, Plaintiff Hanna or ATTM may request that the Court set a new
6   class certification briefing and hearing schedule and/or schedule a further case management
7   conference in this matter.
8
9   IT IS SO STIPULATED.
10
11  Dated: February 8, 2013              MICHAEL W. SOBOL
                                         ROGER N. HELLER
12                                       LIEFF, CABRASER, HEIMANN &
                                         BERNSTEIN, LLP
13
14
                                         By:   /s/ Roger N. Heller
15                                             ROGER N. HELLER
16                                       Attorneys for Plaintiff Joe Hanna
17
    Dated: February 8, 2013              KATHLEEN TAYLOR SOOY
18                                       M. KAY MARTIN
                                         JOEL D. SMITH
19                                       CROWELL & MORING LLP
20
21                                       By:   /s/ Kathleen Taylor Sooy
                                               KATHLEEN TAYLOR SOOY
22
                                         Attorneys for Defendant
23                                       ATTM MOBILITY LLC
24
25
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
    Date:  2/22/13
27                                       _____
                                         Hon. Ronald M. Whyte
28                                       United States District Judge