PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case Nos.  5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND []<br>ORDER EXTENDING APPLE'S<br>TIME TO RESPOND TO FIRST<br>AMENDED MASTER<br>CONSOLIDATED COMPLAINT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R.6-1] |

1      Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and

2   Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as

3   follows:

4      WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated

5   Complaint ("FAMCC") in the above-captioned case;

6      WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would

7   be due June 21, 2013;

8      WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions and

9   have made substantial progress towards resolving this matter;

10     WHEREAS, the Court has scheduled a further Case Management Conference in this

11  matter for July 9, 2013;

12     WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC

13  to permit additional time for settlement discussions;

14     WHEREAS, the stipulated extension will not alter the date of any event or deadline

15  already fixed by the Court;

16     THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended

17  until July 12, 2013.

18     IT IS SO STIPULATED.

19

20  Dated:  June 18, 2013                MICHAEL W. SOBOL
                                         ROGER N. HELLER
21                                       LIEFF, CABRASER, HEIMANN &
                                         BERNSTEIN, LLP
22

23
                                         By:    /s/ Michael W. Sobol
24                                              MICHAEL W. SOBOL

25                                       Attorneys for Plaintiffs

26

27

28

Dated:  June 18, 2013

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP


By:   /s/ Penelope A. Preovolos
       PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

        I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation.  I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


By:   /s/ Penelope A. Preovolos
       Penelope A. Preovolos

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Judge