PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case Nos. 5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R.6-1] |

1     Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

    WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

    WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would be due July 12, 2013;

    WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions and have made substantial progress towards resolving this matter;

    WHEREAS, the Court has scheduled a further Case Management Conference in this matter for August 16, 2013;

    WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for settlement discussions;

    WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

    THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended until August 19, 2013.

    IT IS SO STIPULATED.

Dated:  July 10, 2013        MICHAEL W. SOBOL
                                      ROGER N. HELLER
                                      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Michael W. Sobol
       MICHAEL W. SOBOL

Attorneys for Plaintiffs

Dated: July 10, 2013

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

*Ronald M. Whyte* (signature)

Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3306636

2