```
 1  PENELOPE A. PREOVOLOS (CA SBN 87607)
    (PPreovolos@mofo.com)
 2  ANDREW D. MUHLBACH (CA SBN 175694)
    (AMuhlbach@mofo.com)
 3  STUART C. PLUNKETT (CA SBN 187971)
    (SPlunkett@mofo.com)
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California  94105-2482
    Telephone: 415.268.7000
 6  Facsimile: 415.268.7522

 7  Attorneys for Defendant
    APPLE INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case Nos.  5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER EXTENDING APPLE'S TIME TO RESPOND TO FIRST AMENDED MASTER CONSOLIDATED COMPLAINT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R.6-1] |
|---|---|

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3306636

1 | Plaintiffs Adam Weisblatt, Joe Hanna, David Turk and Colette Osetek ("plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on August 8, 2011, Plaintiffs filed their First Amended Master Consolidated Complaint ("FAMCC") in the above-captioned case;

WHEREAS, pursuant to the parties' stipulation, Apple's response to the FAMCC would be due August 19, 2013;

WHEREAS, plaintiffs and Apple are engaged in productive settlement discussions and have made substantial progress towards resolving this matter;

WHEREAS, the Court has scheduled a further Case Management Conference in this matter for August 30, 2013;

WHEREAS, plaintiffs and Apple agree to extend Apple's time to respond to the FAMCC to permit additional time for settlement discussions;

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, plaintiffs and Apple stipulate that Apple's time to respond is extended until September 18, 2013.

IT IS SO STIPULATED.

Dated:  August 15, 2013

MICHAEL W. SOBOL
ROGER N. HELLER
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP


By:   /s/ Michael W. Sobol
         MICHAEL W. SOBOL

Attorneys for Plaintiffs

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3306636

1

| | |
|---|---|
| Dated:  August 15, 2013 | PENELOPE A. PREOVOLOS<br>ANDREW D. MUHLBACH<br>STUART C. PLUNKETT<br>MORRISON & FOERSTER LLP |
| | By:  /s/ Penelope A. Preovolos<br>       PENELOPE A. PREOVOLOS |
| | Attorneys for Defendant<br>APPLE INC. |

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation.  I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:  /s/ Penelope A. Preovolos
       Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND [] ORDER TO EXTEND TIME TO RESPOND
CASE NO. 5:10-cv-02553 RMW
sf-3306636

2