ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Counsel for Plaintiff Colette Osetek and Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case No. 5:10-cv-02553 RMW<br><br>**DECLARATION OF WILLEM F. JONCKHEER IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENTS AND RELATED RELIEF**<br><br>Hon. Ronald M. Whyte |

DECL. OF WILLEM F. JONCKHEER ISO PLS' MOT. FOR ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENTS AND RELATED RELIEF
CASE NO. 5:10-cv-02553 RMW

1

I, Willem F. Jonckheer, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at Schubert Jonckheer & Kolbe LLP, one of the firms appointed as Interim Class Counsel for Plaintiffs in this consolidated class action. I make this declaration in support of Plaintiffs' Motion for Order Granting Preliminary Approval of Proposed Class Action Settlements and Related Relief. The matters set forth herein are of my own personal knowledge, and if called and sworn as a witness I could completely testify regarding them.

2. My firm has significant complex litigation experience. My firm has represented plaintiffs in complex litigation for over twenty years, specializing in class actions (including consumer, antitrust, employment and securities class actions) and shareholder litigation of various types. A true and correct copy of my firm's resume is attached hereto as Exhibit A.

3. Based upon my knowledge and experience, I believe that (a) the proposed settlement between Plaintiffs, on behalf of themselves and all others similarly situated, and defendant Apple Inc., and (b) the proposed settlement between Plaintiff Joe Hanna, on behalf of himself and all others similarly situated, and ATT Mobility LLC are fair, reasonable and adequate.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 5th day of September, 2013 in San Francisco, California.

_____
WILLEM F. JONCKHEER

DECL. OF WILLEM F. JONCKHEER ISO PLS' MOT. FOR ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENTS AND RELATED RELIEF
CASE NO. 5:10-cv-02553 RMW

2

# EXHIBIT A

SCHUBERT JONCKHEER & KOLBE LLP

PRACTICE AND HISTORY

**Schubert Jonckheer & Kolbe LLP** is AV rated by the Martindale-Hubbell Law Directory. Together with its predecessor firms, it has been in operation for thirty years. In addition to prosecuting cases in the California federal and state courts, the firm has been actively involved in securities, antitrust, unfair competition, and employment class actions throughout the United States. Schubert Jonckheer & Kolbe LLP has been Lead Counsel or Co-Lead Counsel in class actions and shareholder derivative cases which have produced recoveries valued at over $600 million. These have included the following:

**Tucker v. Scrushy, et al.**, No. CV-02-5212 (Alabama Circuit Court, Jefferson County). Co-Lead Counsel in shareholder derivative action on behalf of HealthSouth Corporation alleging breaches of fiduciary duty and insider trading arising from a multi-billion dollar restatement of previously reported financial results. Partial summary judgment for unjust enrichment granted against former CEO Richard Scrushy for restitution to HealthSouth of $47.8 million bonuses with interest paid to Scrushy during fiscal years 1997-2002 pursuant to a stated policy requiring that bonuses be paid from net profits. In fact, following restatement, it was revealed that the Company had never had net profits from which to pay Scrushy bonuses during the fiscal years 1997-2002. The judgment was affirmed on appeal to the Alabama Supreme Court, **Scrushy v. Tucker**, 955 So.2d 988 (Ala. 2006). Plaintiffs thereafter settled HealthSouth's claims against additional HealthSouth directors and officers for $100 million, and against its investment bankers, UBS Securities LLC, for an additional $133 million. Co-Counsel in a related case, **In re HealthSouth Corp. Shareholders Litigation**., 845 A.2d 1096 (Del. Ch. 2003), aff'd 847 A.2d 1121 (Del. 2004), in which the Delaware Chancery Court granted summary judgment for unjust enrichment and equitable fraud against Richard Scrushy arising from his purported repayment with HealthSouth stock of a $25 million loan that Scrushy was obligated to pay in cash. The judgment resulted in an immediate $17.5 million recovery to HealthSouth. We also helped obtain an additional judgment of $2.9 billion against Richard Scrushy after an eleven day non-jury trial—a result upheld by the Alabama Supreme Court—and are pursuing claims in arbitration against Ernst & Young, HealthSouth's former auditors. We have collected approximately $300 million in judgments and settlements to date for the benefit of HealthSouth, and are in the process of executing on the judgment against Scrushy.

**In re Marsh & McLennan Companies, Inc. Derivative Litigation,** No. CA No. 753-VCS (Delaware Court of Chancery). The Schubert Firm as co-derivative counsel helped obtain a $205 million settlement in a shareholder derivative action brought on behalf of Marsh & McLennan Companies (MMC). The complaint alleged that MMC, the world's largest insurance broker, failed to adequately disclose to its clients that it was paid contingent commissions to steer insurance business to favored insurance companies. When these practices were revealed, MMC agreed to pay huge fines, to the detriment of its shareholders.

**Pfeiffer v. Toll, et al.,** No. C.A. No. 4140-VCL (Delaware Chancery Court). Co-Lead Counsel in shareholder derivative action. On March 3, 2010, Vice Chancellor J. Travis Laster upheld the shareholder derivative complaint alleging over $615 million in insider

trading by the Board of Directors of Toll Brothers Inc. (TOL), a large luxury home builder. In upholding the complaint, the Court rejected each of defendants' arguments, finding that the complaint stated sufficient facts to excuse a pre-suit demand on the Board, that the case was timely filed, and that the insider trading claims were viable. The Court soundly rejected defendants' arguments that Delaware's leading insider trading precedent, *Brophy v. Cities Service Co.*, 70 A.2d 5 (Del. Ch. 1949) was outdated and should be overruled.

**Hurkes Harris Design Associates, Inc. v. Fujitsu Computer Products of America, Inc.**, Case No. CV 812127 (California Superior Court, Santa Clara County). Co-counsel in class action alleging false advertising and unfair competition in the marketing, advertising, sale and servicing of the Fujitsu MPG-3xxx series and MPF-3xxx-AH series desktop magnetic computer hard disk drive models. We obtained a settlement on behalf of a nationwide class of $42.5 million.

**3M Transparent Tape Cases** (United States District Court, Northern District of California, Case No. 00-2810-CW). Co-Lead counsel for plaintiffs in a class action brought on behalf of purchasers of 3M transparent tape. Plaintiffs alleged that 3M unlawfully maintained a monopoly in the market for invisible and transparent home and office tape through various arrangements, contracts, agreements, trusts and combinations in restraint of trade designed primarily to restrict the availability of lower priced transparent tape products to consumers and to maintain high retail prices for its Scotch Brand retail products. We obtained a nationwide settlement valued at approximately $42 million.

**Bonneville Pacific Corporation Securities Litigation**, No. 92-C-181-S (District of Utah). Co-Lead Counsel in securities class action involving fraudulent financial statements by a large power cogeneration company. We obtained settlements totaling $26 million for the class, which recovered 100% of its damages, in one of the largest securities fraud cases in Utah history. We also obtained a decision from the Utah Supreme Court holding that plaintiffs need not plead or prove reliance to proceed under the Utah Uniform Securities Act. **Gohler v. Wood**, 919 P. 2d 561 (Utah 1996).

**Qwest Communications International, Inc. Derivative Litigation**, No. 02-CV-8188 (Colorado District Court, City and County of Denver). Co-Lead Counsel in shareholder derivative action alleging officer and director breaches of fiduciary duty and insider trading arising out of massive earnings restatement by telecommunications company. Defendants attempted to derail the case, seeking a stay based upon previously filed but inactive Federal derivative action. We defeated the motion, reviewed and analyzed over 7 million pages of documents, and recovered $25 million for the company. The settlement included important corporate governance changes, including the requirement of a lead independent director when the chairman of the board is also the chief executive officer.

**Kirschenbaum v. Electronic Arts, Inc.**, Case No. CIV 440876 (California Superior Court, San Mateo County). Co-Lead Counsel in class action seeking to recover unpaid overtime compensation for computer graphics artists employed in California by

Electronic Arts Inc. ("EA"), the world's largest manufacturer of computer video games. The case was settled after the parties conducted formal and informal discovery, and we reviewed thousands of pages of company records. The settlement totaled $15.6 million, for approximately 618 class members. We believe this is the first class action involving recovery of overtime compensation for computer graphics artists in the electronic game industry.

**Raider v. Sunderland**, Civil Action No. 19357 NC (Delaware Chancery Court).  Co-Lead Counsel in shareholder class action alleging breach of fiduciary duty by controlling shareholders of large cement company in connection with its acquisition of related company owned by controlling shareholders.  We recovered $15 million ($8 per share) for minority shareholders after obtaining class certification, reviewing approximately 30,000 documents, deposing numerous fact and expert witnesses, and preparing the case for trial.  The recovery exceeded 50% of the damage calculation of plaintiff's valuation expert.

**Hasty v. Electronic Arts, Inc.**, Case No. 444821 (California Superior Court, San Mateo County).  Co-Lead Counsel in class action seeking to recover unpaid overtime compensation for current and former computer programmers employed in California by Electronic Arts Inc. ("EA"), the world's largest manufacturer of computer video games. The case was settled after the parties conducted formal and informal discovery, including numerous depositions and review of thousands of pages of company records.  The settlement totaled $14.9 million, for approximately 600 class members.  We believe this is the first class action involving recovery of overtime compensation for computer programmers in California.

**Shea v. Vidinsky**, Case No. CIV CGC-04-437473 (California Superior Court, San Francisco County).  Counsel in derivative case brought on behalf of Valin Corporation alleging breach of fiduciary duty, abuse of control, waste of corporate assets, violation of Cal. Corp. Code sections 25402 and 25403, constructive fraud and unjust enrichment.  In response to the lawsuit, Valin's Board of Directors appointed a Special Litigation Committee ("SLC").  Faced with separate summary judgment motions brought by the SLC and by individual defendants, we successfully obtained a settlement for the Corporation valued at over $12.5 million.

**ADAC Laboratories Derivative Litigation**, No. CV 779262 (California Superior Court, Santa Clara County). Co-Lead Counsel in shareholder derivative action alleging officer and director breaches of fiduciary duty and insider trading arising from false financial statements issued by a scientific instruments manufacturer. These financial statements were restated after "side letters" and other improper revenue recognition practices were uncovered.  Defendants sought a stay based upon federal securities class actions arising from the same facts.  We defeated that motion, obtained thousands of documents well ahead of the federal actions, and recovered $12 million for the company, representing the bulk of its insurance coverage.

**Franz Inc. v. Quantum Corporation**, Case No. CGC-03-423301 (California Superior Court, San Francisco County).  Co-lead Counsel in class action brought on behalf of California businesses and residents who purchased DLTtape IV™ tapes, claiming price fixing and other anticompetitive actions.  We obtained a class action settlement valued at $10.35 million.

**In re OSB Antitrust Litigation** (U.S. District Court, Eastern District of Pennsylvania, Master File No. 06-826).  Co-Lead Counsel for certified class of indirect purchasers of Oriented Strand Board ("OSB").  Plaintiffs alleged a conspiracy among eight major OSB manufacturers to inflate OSB prices by restricting production and other anticompetitive practices, in violation of the Sherman Antitrust Act and numerous state antitrust laws.  We obtained a settlement of $9.94 million on behalf of consumers in 20 states and the District of Columbia.

**Wilson v. Sony Computer Entertainment, Inc.**, Case No. 444815 (California Superior Court, San Mateo County).  Co-Lead Counsel in class action seeking to recover unpaid overtime compensation for computer graphics artists employed in California by Sony Computer Entertainment, Inc.  The case was settled for $8.5 million.  In addition, Sony agreed to reclassify class members with a job title of Associate Artist and Artist 1 as nonexempt employees under the wage and hours laws of California and the federal Fair Labor Standards Act.

**In Re Savings Investment Service Corporation Loan Commitment Litigation**, MDL 718 (Western District of Oklahoma). Co-Lead Counsel in securities class action arising from default of $9.85 million issue of industrial revenue bonds issued to finance a hotel in Westminster, Colorado. After extensive discovery and motion practice we obtained a recovery of approximately $8.0 million for the class.

**Emulex Shareholder Derivative Cases,** Judicial Coordination Proceeding No. 4194 (California Superior Court, Orange County). Co-Lead Counsel in shareholder derivative actions alleging officer and director breaches of fiduciary and insider trading arising from order delays for optical networking hardware. Although the case was initially stayed, we succeeded in lifting the stay and obtaining over 100,000 pages of company documents, eventually obtaining an $8 million settlement for the company.

**Garbini v. Protection One, Inc.,** Civil Action No. 99-3755 (Central District of California). Lead Counsel in securities class action arising from three successive restatements of three years' audited and publicly reported financial results by America's second-largest home security monitoring company. Plaintiffs asserted claims under Section 11 of the Securities Act of 1933 and Section 10 of the Securities Exchange Act of 1934, alleging use of an excessively long period to amortize the cost of acquired customer accounts.  We obtained a settlement of $7.76 million for the class.  In a related appeal, we successfully challenged the dismissal of the company's auditors, Arthur Andersen.  The ruling clarified plaintiffs' obligations to allege damages under the Securities Act of 1933. **Garbini v. Protection One, Inc.**,  49 Fed.Appx. 169, [2002 Transfer Binder] Fed. Sec. L. Rep.(CCH) ¶92,018 (9th Cir. October 11, 2002).

**In Re Providian Financial Corporation Derivative Litigation**, Case No. 401954 (California Superior Court, City and County of San Francisco). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading by officers and directors of a large sub-prime credit card lender. Case arose from company's undisclosed change of accounting for customer bankruptcies and alleged failure to maintain adequate reserves for uncollectible accounts. After extensive document discovery we obtained a settlement of $6.5 million for the company.

**In Re Structural Dynamics Research Corporation Derivative Litigation**, Case No. C-1-94-650 (Southern District of Ohio). Co-Lead Counsel in shareholder derivative action arising from earnings restatement resulting from accounting fraud in the Far East operations of NASDAQ-listed computer software company. After extensive discovery, we obtained a settlement of $5.0 million for the company. (SDRC)

**In Re S3 Derivative Litigation,** No. CV-77-0254 (California Superior Court, Santa Clara County). Co-lead counsel in shareholder derivative litigation involving S3, now known as SonicBLUE Corporation, which was a leading manufacturer of graphics accelerator chips. Case arose from earnings restatements and alleged insider trading resulting from improper recognition of revenue on sales in Far East. After discovery, we obtained a cash settlement of $4.65 million for the company, which represented the bulk of insider trading damages. (SBLU)

**In Re VISX Securities Litigation**. Master File No. C94-2-649-RPA (Northern District of California). Co-Lead Counsel in securities class action arising from misrepresentations as to status of clinical trials by a NASDAQ-listed laser vision correction company. We obtained a settlement of $4.0 million for the class. (VISX)

**Herron, et al. v. Lark Creek Investment Management Company, et al.,** Case No. CGC-10-496342 (San Francisco Superior Court). Co-Lead Counsel on behalf of Class of investors in the feeder fund Starlight, L.P., which invested nearly all of its assets with Bernie Madoff. The complaint alleged that the feeder fund's auditor was professionally negligent and breached its contract with the feeder fund in issuing "clean" audit opinions on the feeder fund's financial statements between 2003 and 2007. We obtained a settlement of $3.6 million for the Class.

**Isaac v. Falcon Classic Cable Income Properties, L.P., et al**., No. BC-177205 (California Superior Court, Los Angeles County). Lead Counsel in class action arising from general partner's purchase of the assets of a cable television limited partnership at allegedly inadequate price. We obtained a recovery of $2.8 million for the limited partners.

**Bilunka v. Sanders,** [1994-95 Transfer Binder] Fed. Sec. L. Rep. (CCH) ¶98,314 (N.D. Cal. 1994). Co-lead counsel in shareholder derivative action arising from misrepresentations by officers and directors of Advanced Micro Devices, a leading microchip manufacturer, regarding a purportedly "clean" clone of a microchip developed

by Intel Corporation. The opinion by Judge Ware of the Northern District of California established two key principles for California derivative cases: (1) California's insider trading statute, Corporations Code §25502.5, applies to California based corporations incorporated in Delaware, and (2) where the board of directors is evenly divided between interested and disinterested members, a shareholder demand upon the board is futile and therefore excused. We ultimately obtained a recovery of $2.25 million for the company.

**In re IDB Communications Group, Inc. Securities Litigation**, Master File No. CV-94-3618-RG (JGX) (Central District of California). Co-Lead Counsel in shareholder derivative action arising from misleading financial statements issued by NASDAQ-listed telecommunications company. We obtained a settlement of $2.0 million for the company.

**In re Atchison Casting Corporation Securities Litigation**, Master File No. 01-2013-JWL (District of Kansas). Lead Counsel in a securities class action arising from the restatement of four years' of audited financial results by this Kansas-headquartered operator of 20 ferrous casting facilities, following revelation of accounting improprieties at the company's Pennsylvania Foundry Group. We obtained a settlement of $1.8 million for the class.

**In Re Bexar County Health Facilities Development Corporation Securities Litigation**, MDL 768 (Eastern District of Pennsylvania). Co-Lead Counsel in securities class action arising from default of industrial revenue bonds issued to finance a retirement facility in San Antonio, Texas. We obtained a settlement of $1.5 million for the class.

**Eleanor Gorsey, et al. v. I.M. Simon & Co., Inc., et al.**, 121 F.R.D.135 (D. Mass 1988). Co-Lead Counsel in securities class action litigation arising from default of industrial revenue bonds issued to finance a retirement facility in South Bend, Indiana. We obtained a settlement of $1.2 million for the class.

**Sheehan v. Little Switzerland**, 136 F. Supp. 2d 301 (D. Del 2001). Lead counsel in securities class action arising from failed merger between Little Switzerland, Inc., a duty-free retailer, and Destination Retail Holdings Corporation, a Bahamian retailer. The court upheld plaintiff's claim that the company's disclosures regarding the financing for the merger were false and misleading, and that plaintiff's allegations of wrongful intent satisfied the strict pleading standards of the Private Securities Litigation Reform Act of 1995. We obtained a recovery of $1.05 million for the class, representing approximately 75% of estimated damages. (LSVI)

**Veterinary Centers of America Securities Litigation**, Case No. BC 178 615 (California Superior Court, Los Angeles County). Lead Counsel in shareholder derivative action arising from misrepresentations and insider trading by officers and directors of publicly traded chain of veterinary hospitals. We obtained a recovery of $1.0 million for the company. (VCAI)

**Cirrus Logic Securities Litigation**, Master File No. C-95-3978-EAI (Northern District of California). Lead Counsel in shareholder derivative action resulting from overstated financial statements and other violations of generally accepted accounting principles by large manufacturer of multimedia products. We obtained a settlement of $1.0 million for the company. (CRUS)

Schubert Jonckheer & Kolbe LLP has also participated as counsel in class action or derivative cases involving the following companies:

| | |
|---|---|
| 3M Corporation (MMM) | Caremark, Inc. (CMX) |
| aaiPharma Inc. (AAII) | Caremark International Inc. |
| ABM Industries Incorporated (ABM) | Caribbean Cigar Co. (CIGRD, CIGRW) |
| Abbott Laboratories, Inc. (ABT) | Centennial Technologies, Inc. (CENL) |
| Activision, Inc. (ATVI) | Chalone Wine Group Ltd. |
| Adaptec, Inc. (ADPT) | Charles Allmon Trust |
| Adobe Systems Incorporated (ADBE) | Chiron Corporation |
| Adelphia Communications Corporation (ADLA) | Cisco Systems, Inc. (CSCO) |
| | Citizen Utilities Company (CZN) |
| Advanced Micro-Circuits Corporation (AMCC) | CNF, Inc. (CNF) |
| Advanced Micro Devices (AMD) | Complete Management, Inc. (CPMI) |
| Alcatel Alsthom (ALA) | CompuMed, Inc. (CMPD) |
| Amazon.com, Inc. (AMZN) | Coram Healthcare Corporation (CRH) |
| America First Financial (AFFFZ) | Corrpro Cos. Inc. (CO) |
| America Online, Inc. (AOL) | Creative Technology Ltd. (CREAF) |
| American Bank Note Holographics, Inc. (ABH) | Critical Path, Inc. (CPTH) |
| American Express Company (AXP) | Cyberguard Corporation (CYBG) |
| American Income Life Insurance Company | Cylink Corporation (CYLK) |
| Archer-Daniels-Midland Company (ADM) | Del Global Technologies Corporation (DGTC) |
| Ariba, Inc. (ARBA) | Digital Equipment Corp. (DEC pa) |
| Ash Grove Cement Company (ASHG.PK) | Digital Lightwave, Inc. (DIGL) |
| Aspec Technology, Inc. (ASPC) | Ditech Communications Corp. (DITC) |
| Assisted Living Concepts, Inc. (ALF) | DoubleClick, Inc. (DCLK) |
| Atchison Casting Corp. (FDY) | eBay, Inc. (EBAY) |
| Aurora Foods, Inc. (AOR) | Electronic Arts, Inc. (ERTS) |
| Bay Area Cellular Telephone Co. (BACTC) | Employee Solutions, Inc. (ESOL) |
| Blockbuster Video (BBI) | Emulex Corporation (EMLX) |
| Borders Group, Inc. | Enron Corporation |
| Boston Scientific Corporation (BSX) | Fen-Phen Diet Pill Litigation |
| Bre-X Corporation (BXMN) | Fine Host Corp. (FINE) |
| Broadcom Corporation (BRCM) | First Merchants Acceptance Corp. (FMAC) |
| Brocade Communications Systems, Inc. (BRCD) | First Virtual Communications, Inc. (FVC) |
| | Flat Glass Antitrust Litigation |
| California Amplifier, Inc. (CAMP) | FLIR Systems Inc. (FLIR) |
| Callidus Software Inc. (CALD) | Ford Motor Company (F) |
| Candies, Inc. (CAND) | |

| | |
|---|---|
| Formula One Administration, Ltd. | Med/Waste, Inc. (MWDSE) |
| FPA Medical Management, Inc. (FPAM) | Mercury Finance Company (MFNNQ) |
| Frederick's of Hollywood | Mercury Interactive Corporation (MERQ) |
| Fujitsu Computer Products of America | Micron Technology, Inc. (MU) |
| FVC.COM, Inc. (FVCC) | Mirant Corporation (MIR) |
| Gateway, Inc. (GTW) | Mitek Systems, Inc. (MITK) |
| Gencor Industries, Inc. (GCRX) | Molina Healthcare, Inc. (MOH) |
| Genzyme Corporation (GENZ) | Motorcar Parts & Accessories, Inc. (MPAA) |
| Greyhound Lines, Inc. (BUS) | NetManage, Inc. (NETM) |
| Guidant Corporation (GDT) | Netopia, Inc. (NTPA) |
| H&R Block, Inc. (HRB) | Network Computing Devices, Inc. (NCDI) |
| Hanover Compressor Company (HC) | Network Solutions, Inc. (NSOL) |
| HealthSouth Corporation (HLSH ) | New Century Financial Corporation (NCEN) |
| Herbalife International, Inc. (HERBA) | Networks Associates, Inc. (NETA) |
| Hewlett-Packard Corporation (HPQ) | Network Solutions, Inc. |
| The Home Depot, Inc. (HD) | North Face Inc. (TNFI) |
| Honda Motor Company (HMC) | Novartis AG (NVS) |
| HPL Technologies, Inc. (HPLA) | OCA, Inc. (OCA) |
| Indianapolis Motor Speedway Corp. | Orbital Sciences Corporation (ORB) |
| Impac Mortgage Holdings, Inc. (IMH) | Pacific Gateway Enterprises |
| Informix Corporation (IFMX) | Pacific Telephone Company |
| Inso Corporation (INSO) | Palm, Inc. (PSRC) |
| Intel Corporation (INTC) | PalmOne, Inc. (PLMO) |
| Intershop Communications AG (ISHP) | PennCorp Financial Group, Inc. (PFG) |
| Interspeed, Inc. (ISPD) | PeopleSoft, Inc. (PSFT) |
| JDS Uniphase Corporation (JDSU) | Peregrine Systems, Inc. (PRGN) |
| JWP, Inc. | PerkinElmer, Inc. (PKI) |
| Ketema | Philip Services Corporation |
| Kidder Peabody & Co. | Phycor, Inc. (PHYC) |
| Kinder Morgan | Presstek Inc. (PRST) |
| Knoll, Inc.(KNL) | Protection One, Inc. (US:POIX) |
| Koger Properties | Providian Financial Corporation (PVN) |
| Legato Systems, Inc. (LGTO) | Quaker State Corporation (KSF) |
| Lernout & Hauspie Speech Products, N.V. (LHSP) | Qwest Communications International Inc. (Q) |
| | Quantum Corporation (DSS) |
| Littlefield, Adams & Company (FUNW) | Quintus Corporation (QNTS) |
| Logitech, Inc. | Quovadx, Inc. (QVDX) |
| Louisiana-Pacific Corporation (LPX) | Rambus, Inc. (RMBS) |
| Macromedia, Inc. (MACR) | Riverstone Networks, Inc. (RSTN) |
| Marsh & McLennan Companies, Inc. (MMC) | Roberds, Inc. (RBDS) |
| Martha Stewart Living Omnimedia, Inc. (MSO) | Saf T Lok, Inc. (LOCK) |
| Maxxam, Inc. (MXM) | Safeskin Corporation (SFSK) |
| McKesson HBOC, Inc. (HBOC) | Safety-Kleen Corporation (SKLN) |
| Medaphis Corporation (MEDA) | Salomon Bros. |
| Media Vision | Schlotzsky's Inc. (BUNZ) |
| | Seagate Technology Inc. (SEG) |

| | |
|---|---|
| Secure Computing Corporation (SCUR) | T2 |
| Shiva Corporation (SHVA) | Telebit Corporation |
| Silicon Graphics, Inc. (SGI) | Telxon Corporation (TLXN) |
| Silicon Image, Inc. (SIMG) | Tenera, Inc. (TNR) |
| Silicon Storage Technology, Inc. (SSTI) | Terayon Communication Systems, Inc. (TERN) |
| Sipex Corporation (SIPX) | Tibco Software, Inc. (TIBX) |
| Sirena Apparel Group,Inc. (SIRN) | Toys R Us, Inc. (TOY) |
| SmarTalk Teleservice, Inc. (SMTK) | Tut Systems, Inc. (TUTS) |
| Sonus Networks, Inc. (SONS) | TwinLab Corporation (TWLB) |
| Sony Computer Entertainment America, Inc. | Unify Corporation (UNFY) |
| Spanlink Communications, Inc. (SPLK) | U.S. Trust Corporation |
| Spectrum Information Technologies, Inc. (SITI) | U.S. West, Inc. (USW) |
| Sprint Spectrum L.P. (FON) | U.S. Wireless Corporation |
| Star Gas Partners, L.P. (SGU) | Ventro Corporation |
| Sumitomo Metal Industries, Ltd. (SMMLY) | Verisign, Inc. (VRSN) |
| Summit Technology, Inc. (SMCT) | Versata, Inc. (VATA) |
| SupportSoft, Inc. (SPRT) | Websecure, Inc. (WEBS) |
| Sybase, Inc. (SYBS) | Worldcom, Inc. (WCOEQ) |
| Syncronys Softcorp (SYCR) | Xicor, Inc. |

ATTORNEYS

**ROBERT C. SCHUBERT** received a B.S. degree from the New York State School of Industrial and Labor Relations at Cornell University in 1966, where he graduated first in his class. He received his J.D. *cum laude* from Harvard Law School in 1969, after which he taught law, first at the Columbia University School of Law (1969-1970), and then at Golden Gate University School of Law (Assistant Professor, 1970-1975). Since that time he has been actively engaged in the practice of law, at both the trial and appellate levels. He specializes in complex litigation, particularly securities and antitrust class actions and shareholder derivative suits. He is a member of the State and Federal bars of California (since 1974), Massachusetts (since 1972) and New York (since 1970). In addition he has been admitted *pro hac vice* in the following courts, among others: United States District Courts for the Eastern District of Pennsylvania, the Middle District of Florida, the Northern District of Georgia, the Southern District of Ohio, the Western District of Oklahoma, the Western District of Washington, the Western and Northern Districts of Texas, the Northern and Central Districts of Illinois, the Northern District of Alabama, the Districts of Colorado, Oregon, Delaware, Utah, Montana, Arizona and New Hampshire, the Superior Courts of Alabama, Alaska, Connecticut, Colorado and Illinois, and the Delaware Court of Chancery. He has participated in discovery proceedings throughout the United States and the United Kingdom. He is also an arbitrator, and since 1971 has arbitrated numerous disputes under the auspices of the Federal Mediation and Conciliation Service. He is the author of several published articles, and lectures on class actions at the University of California, Hastings College of Law.

**WILLEM F. JONCKHEER** received his B.A. degree from Colgate University in 1990. He was awarded his J.D. degree in 1995 from the University of San Francisco School of Law. He has been a law intern with the Pacific Stock Exchange and the U.S. Securities & Exchange Commission. Mr. Jonckheer was admitted to the State Bar of California in 1995.

**MIRANDA P. KOLBE** received her B.A. from Hamilton College. She was awarded her J.D. degree from the University of California at Berkeley, Boalt Hall, where she won the Prosser Prize in Civil Procedure and the Moot Court Advocacy Award. In addition, she served as an Instructor for Boalt's Legal Research and Writing class, and interned at the Prison Law Office in San Quentin, California, while at Boalt. After graduating, she served as a full-time legal researcher in the Civil Division of the San Francisco Superior Court, and then joined Schubert & Reed LLP as an associate in 2001.

DUSTIN L. SCHUBERT received his B.A. from University of California at Berkeley in 2003. He was awarded his J.D. degree in 2007 from Vanderbilt University Law School. Mr. Schubert was admitted to the State Bar of California in 2007. Mr. Schubert previously interned with the Superior Court of California in and for the City and County of San Francisco, for the Hon. A. James Robertson II. Mr. Schubert has also interned for Bay Area Legal Aid.

**JASON A. PIKLER** received his J.D. with high honors from the University of Texas School of Law, where he served as an associate editor of the Texas Law Review and earned the Dean's Achievement Award in Criminal Law, Constitutional Law II, and Jurisprudence.  While in law school, Mr. Pikler was inducted into the Chancellors, UT Law's highest honor society and is also a member of the Order of the Coif.  Mr. Pikler externed for the Honorable David Puryear on the Texas Third Circuit Court of Appeal and worked in the Capital Punishment Clinic, assisting death penalty inmates in challenging their death sentences.  Mr. Pikler received his B.A. from Haverford College and an M.A. in Literature and Language from the University of Virginia.  Prior to joining Schubert Jonckheer & Kolbe, Mr. Pikler worked as an associate specializing in complex civil litigation at Morrison & Foerster in San Francisco, receiving a Wiley W. Manuel Award for Pro Bono Legal Services from the State Bar of California.

**NOAH SCHUBERT** received his J.D. cum laude from the University of San Francisco School of Law in 2011, where he earned CALI Awards for Excellence in Constitutional Law and Civil Procedure and was awarded Best Oral Argument in the USF Moot Court Program.  He was admitted to the State Bar of California in 2011.  Mr. Schubert served as Editor-in-Chief of the USF Law Review, where he authored a comment on the policy and constitutional implications of selecting temporary replacements for recused Justices on the U.S. Supreme Court, titled *Replacement Justice on the U.S. Supreme Court: The Use of Temporary Justices to Resolve the Recusal Conundrum*, 46 U.S.F. L. Rev. 215 (2011).  Prior to law school, Mr. Schubert worked as the Online Editor for the Center for American Progress in Washington, D.C. and served as the Online Media Manager for the 2004 Democratic National Convention in Boston, MA.  He has also served as part of the National Advance Staff for the Kerry-Edwards campaign and former Vice President Al Gore.  Mr. Schubert received his B.A. from the University of California, Berkeley in 2003.