**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA  92110
Telephone:	(619) 798-2006
Facsimile:	(480) 247-4553

**Interim Class Counsel**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case No: 5:10-cv-02553 RMW<br><br>Pleading Type: Class Action<br><br>**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: The Hon. Ronald M. Whyte |

I, Gregory S. Weston, declare:

1. I am a member in good standing of the State Bars of California and Florida, and all California United States District Courts, and the Central District of Illinois, and the United States Court of Appeals for the Ninth Circuit. I make this Declaration in support of preliminary approval of settlement, based on my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of my firm's resume.

3. As described in the firm resume, my firm has litigated and settled multiple Unfair Competition Law class actions, including in this District and the Central and Southern Districts of California. I have also been an owner and user of the iPad's predecessor devices, the Apple iPod, since 2002, and iPhone, with service from Defendant AT&T Mobility, since 2009.

4. At my previous firm, I was also co-class counsel for Plaintiffs in the consolidated class action *In re: Apple iPod iTunes Antitrust Litig*. No. 05-37 (N.D. Cal.)

5. Based on this experience, the proposed settlement before the Court is fair and reasonable. In particular, it provides for a large cash payment for every member of the proposed settlement class, plus an additional and valuable discount for members of the AT&T subclass, and an easy claims process. It is also a good settlement in light of the large resources of the defendants, who have hired quality and highly-experienced counsel.

6. A further factor is that the relief for class members would be immediate. The antitrust class action against Apple described above has been pending for eight years. In my experience with consumer clients, prompt monetary relief is often preferred over the uncertain prospect of possibly more relief years in the future. Moreover, even if a larger recovery might be obtained at trial and affirmed on appeal, many class members who will receive relief in the present settlement will be more difficult to locate years down the road, and therefore would receive no benefit in such circumstance.

#
#
#

1

*In re Apple & AT&T iPad Unlimited Data Plan Litigation,* Case No: 5:10-cv-02553 RMW
DECLARATION OF GREGORY S. WESTON

Executed on September 5, 2013, in San Diego, California.

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
1405 Morena Blvd, Suite 201
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:    (480) 247-4553

**Interim Class Counsel**

T H E  W E S T O N  F I R M

1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (480) 247-4553

**Firm Resume – August 2013**

**THE WESTON FIRM'S ATTORNEYS:**

**Gregory S. Weston**

Mr. Weston has devoted nearly all of his practice to representing consumers in class actions. Mr. Weston is a member in good standing of the Bars of California and Florida and is admitted to practice in all California United States District Courts, the Central District of Illinois, and the Ninth Circuit Court of Appeals. Before founding his firm, he was an associate at the San Diego office of the firm now known as Robbins, Geller, Rudman & Dowd, where he represented consumers in antitrust and consumer fraud class actions. He is a graduate of Harvard Law School, where he was a Senior Editor of the Harvard Journal of Law and Public Policy and an undergraduate teaching fellow.

**Jack Fitzgerald**

Prior to joining the Weston Firm, Mr. Fitzgerald was an associate at the New York City and Palo Alto offices of large law firms. Mr. Fitzgerald is a 2004 graduate of New York University School of Law, where he was an Editor of the NYU Law Review. He is a member in good standing of the State Bars of California and New York and is admitted to practice in the United States District Courts for the Northern, Central, and Southern Districts of California, the United States District Courts for the Southern and Eastern District of New York, and the United States Court of Appeals for the Ninth Circuit.

**Melanie Persinger**

Melanie Persinger is a 2010 graduate of University of Michigan Law School. While attending Michigan, Ms. Persinger served as a contributing editor for the Michigan Telecommunications and Technology Journal. She has dedicated nearly all of her practice to representing consumers in class actions.

**Paul K. Joseph**

Paul K. Joseph is a 2012 graduate of University of Michigan Law School. While attending Michigan, Mr. Joseph served as an associate editor for the University of Michigan Law Review. During law school, he also served as a judicial extern for the Honorable James Ware. Mr. Joseph spends substantial time on pro-bono work on behalf of abused and foster children.

## THE WESTON FIRM'S SUCCESSES

### CLASS SETTLEMENTS

***Rosen et al. v. Unilever United States, Inc.*, No. 5:09-cv-2563-JW (N.D. Cal)**
The Weston Firm was class counsel for purchasers of soft spread and stick margarine products containing artificial trans fat. As a result of a class-wide settlement, Defendant agreed to remove artificial trans fat from the challenged products.

***In re Nucoa Real Margarine Labeling Litigation*, No. 2:10-927-MMM (C.D. Cal.)**
The firm was sole class counsel for margarine consumers who alleged the claims made on Defendant's Nucoa Margarine products were deceptive in light of the products' trans fat content. The Weston Firm was appointed Class Counsel and obtained a settlement that provided the class with injunctive and monetary relief.

***In re Ferrero Litigation*, No. 3:11-cv-205-HSC (S.D. Cal.)**
The firm was class counsel for Nutella consumers who alleged Defendant engaged in deceptive labeling and marketing practices. The settlement provided the class with injunctive and monetary relief.

***In re Qunol CoQ10 Liquid Labeling Litigation*, No. 8:11-cv-173-DOC (C.D. Cal.)**
The firm was class counsel for consumers of a nutrition supplement. After prevailing on a nationwide California-law class certification motion, then a motion to decertify, and about one month before trial, the class obtained a settlement providing for injunctive relief and restitution.

***Gallucci, et al. v. Boiron, Inc. et al.*, No. 3:11-cv-2039-JAH (S.D. Cal.)**
The firm was class counsel for consumers of homeopathic drug products in an action against Boiron, Inc., a leading manufacturer of homeopathic products. Plaintiffs alleged Boiron's labeling and advertising were misleading. We obtained a nation-wide settlement for the class which provided injunctive relief and restitution.

***Adachi, et al. v. Carlyle/Galaxy San Pedro L.P.*, No. 09-cv-793-MMM (C.D. Cal.)**
The firm was appointed sole class counsel to represent purchasers of approximately 145 Los Angeles condominiums, which resulted in a class-wide all-cash basis settlement of approximately $1.3 million.

## OTHER SUCCESSES

***Henderson v. The J.M. Smucker Company*, No. 2:10-cv-4524-GHK (C.D. Cal.)**
This action was the catalyst forcing the defendant to reformulate a children's frozen food production to remove trans fat. On June 19, 2013, the Honorable George H. King held the firm's client was a prevailing Private Attorney General and entitled to her costs and attorneys' fees.

***Red et al. v. Kraft Foods Global, Inc. et al*, No. 2:10-1028-GW (C.D. Cal)**
The firm represents consumers in their action against one of the world's largest food companies and was appointed lead counsel in a consolidated putative class action. Though not fully settled, the action has resulted in a permanent injunction barring the use of deceptive health claims on Nabisco packaged foods containing artificial trans fat, and the Court has also granted an interim award of attorney fees.

***In re Quaker Oats Labeling Litigation*, No. 5:10-cv-502- RS (N.D. Cal)**
The Honorable Richard Seeborg appointed the firm interim class counsel for purchasers of Quaker brand products containing health claims and artificial trans fat.