Gayle M. Blatt, SBN 122048
gmb@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:  (619) 238-1811
Facsimile:   (619) 544-9232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | CASE NO.  5:10-cv-02553 RMW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GAYLE M. BLATT IN SUPPORT OF MOTION FOR ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Hon. Ronald M. Whyte<br><br>[N.D. Cal. Civil L.R. 6-1] |

I, GAYLE M. BLATT, declare as follows:

1.      I am an attorney licensed to practice law before all courts in the state of California and am a partner in the law firm of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP, attorneys of record for Plaintiffs herein.

2.      All matters stated herein are personally known to me, and if called as a witness in the above-captioned matter, I could testify competently thereto.

3.      I have extensive experience in the areas of complex product liability, personal injury, wrongful death, and pharmaceutical litigation.  Within the past two decades, I and our firm have played a role in national pharmaceutical, medical device and other complex litigation, including litigation concerning L-Tryptophan, Baycol,

1  Sulzer Orthopedics Hip Prosthesis, Propulsid, Rezulin, Metabolife, Hydroxycut, as well

2  as class action litigation such as Galvez v. Waste Management, Barrett v. General

3  Motors, Cardiff v, General Motors, and Villa v. City of Chula Vista.   I have been on

4  court appointed steering committees in the Sulzer, Baycol and Metabolife statewide

5  and/or national coordinated litigation and currently serve as Plaintiffs Liaison Counsel

6  for In re: Hydroxycut Marketing and Sales Practice Litigation (MDL 2087) and In re:

7  Sony Gaming Networks and Customer Data Security Breach Litigation (MDL 2258),

8  both pending in the United States District Court for the Southern District of California.

9      4.      I have been named one of the "Top Lawyers" in San Diego by the San

10  Diego Daily Transcript, the result of voting of my peers in the legal community.  I have

11  been honored to be named annually as a San Diego Super Lawyer and have been

12  named one of the Top 25 Women Lawyers in San Diego.  I am listed in Best Lawyers in

13  America.  I have been honored with three Outstanding Trial Lawyer Awards by the

14  Consumer Attorneys of San Diego and have served as a judge for statewide, national

15  and intramural advocacy competitions.   I also am a frequent lecturer to law students

16  and lawyers at trial lawyer seminars and programs.

17      5.      For ten years, I have served on the board of the Consumer Attorneys of

18  San Diego, the plaintiffs' trial lawyer organization, and served as its President in 2007.

19  In that year, I was honored as "Trial Lawyer Association Chapter President of the Year"

20  by the Consumer Attorneys of California.  I have also served on the Board of Governors

21  of the Consumer Attorneys of California and am a longtime member of the American

22  Association of Justice.

23      6.      My firm, Casey Gerry Schenk Francavilla Blatt & Penfield, LLP has

24  decades of extensive experience in the mass and/or multiparty class action and

25  complex litigation arena.  Casey Gerry played a leadership role in the Exxon Valdez Oil

26  Spill litigation; anti-Tobacco litigation (Castano, Ellis/Davis-17200 case, Scott Class

27  Action in Louisiana; asbestos litigation; pharmaceutical and medical devices (In re

28  Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis (MDL 1401), In re

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

DECLARATION OF GAYLE M. BLATT

1   Propulsid (MDL 1355), In re Rezulin, In re Phenylpropanolamine (PPA), Metabolife,

2   Baycol, In re Hydroxycut (MDL 2087)); automobile products (Barrett v. GM - seat backs,

3   Cardiff v. GM - gas tanks); Neo-Mull - Soy Baby formula; hypodermic needle stick

4   cases; (improper sewage rate charges- Shames v. City of San Diego);  commercial

5   bribery (Sierra Motors v. Honda America);  In re World War II Era, et al v. Mitsui & Co,

6   LTD (MDL 1347) -American POWs as slave labor of Japanese Companies (Tenney v.

7   Mitsubishi, et al.); Household Finance litigation; and HMO litigation.

8          7.      The firm's staff of experienced lawyers has earned numerous local,

9   regional and national accolades and awards bestowed for professional success,

10  including the Consumer Attorneys of San Diego's Outstanding Trial Lawyer Award,

11  honors such as CASD Trial Lawyer of the Year and listing in "The Best Lawyers in

12  America."

13         8.      Our lawyers have been president of, and held, leadership positions and

14  longtime affiliations with the California State Bar Association, The American Association

15  for Justice (AAJ), the Consumer Attorneys of California, the Consumer Attorneys of San

16  Diego (CASD), the Bar Association of San Diego County, Lawyers' Club of San Diego,

17  and the Bar Association of North San Diego County.   Our partners have been elected

18  to such prestigious organizations as the American Board of Trial Advocates and the

19  International Academy of Trial Lawyers.   Senior Partner David S. Casey, Jr. is a past

20  president of the AAJ, a 60,000 plus member professional organization dedicated to

21  plaintiff's rights.  Four partners have served as President of the Consumer Attorneys of

22  San Diego.

23         9.      I have personally investigated, researched, reviewed and/or contributed to

24  the discovery and pleading documents in this matter, including the settlement

25  agreement.  Along with other Plaintiffs' counsel, I participated in mediation.  Based on

26  my experience, specific knowledge of this matter, and the risks inherent in the

27  alternatives to this negotiated settlement, I believe that the settlement is in the best

28  interests of the putative class members.

1      I declare under penalty of perjury under the laws of the State of California that

2   the foregoing is true and correct.  Executed this 5th day of September 2013, at San

3   Diego, California.

4

5                         ___/s/ GAYLE M. BLATT_____
                           GAYLE M. BLATT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28