**HIDEN, ROTT & OERTLE, LLP**
 A Limited Liability Partnership
 Including Professional Corporations
MICHAEL IAN ROTT, ESQ.   (C.S.B. 169468)
ERIC M. OVERHOLT, ESQ.   (C.S.B. 248762)
2635 Camino del Rio South, Suite 306
San Diego, California 92108
Telephone: (619) 296-5884
Facsimile:  (619) 296-5171

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLODATED ACTIONS | CASE NO.: 5:10-cv-02553 RMW<br><br>Judge: Hon. Ronald M. Whyte<br><br>**DECLARATION OF MICHAEL IAN ROTT IN SUPPORT OF MOTION FOR ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom: |

   I, Michael Ian Rott, hereby declare as follows:

   1.   I am an attorney at law duly licensed to practice before all of the courts of this state. I am the managing partner at the law firm of Hiden Rott & Oertle LLP, counsel for Plaintiff Aaron Friedman in the above-captioned matter. Based on my personal knowledge and my review of relevant records and documents in this matter, I could and would testify to the matters set forth herein if called upon to do so in any court of law.

   2.   This firm, Hiden, Rott & Oertle, LLP, has extensive experience in Class Action litigation. This firm has been class counsel in a number of class actions that have received final

approval for class action settlements before the San Diego Superior Court including *Moore and Ramirez v. The Check Cashing Place, et al.* and *Tormey v. The Vons Companies, Inc., et al*. This firm also recently received preliminary approval for class action settlement of a case involving deceptive business practices and false and misleading advertising in *Perkins v. Philips Oral Healthcare, Inc., et al.* (12-cv-1414-H). In addition, myself and Eric M. Overholt were appointed to the Executive Committee in the nationwide class action lawsuit against Apple, Inc. over Apple deceptively advertising the iPhone 3G in *Gillis v. Apple, Inc.* (In re Apple iPhone 3G Products Liability Litigation; 5:09-md-02045-JW). Additionally, I and Mr. Overholt are co-counsel on a team that recently received class certification in *Herr, et al. v. Apple, Inc.* in the San Diego Superior Court for deceptive advertising practices surrounding the pricing structure of all iPhones sold at the Apple Store. Further, this firm is currently litigating a large class action with over a million potential class members pending in the Southern District of California for the 2011 San Diego Blackouts in *Busalacchi, et al. v. SDG&E* (12-CV-00298-H).

3. Based on our firm's own investigation, we believe that the settlement is in the best interests of the putative class members. We have specifically balanced the terms of the proposed settlement, including both the settlement amount and the benefits conferred to class members against the probability of liability, the risk of non- certification, the risks and expense of trial as well as concerns about the likelihood of numerous appellate issues. We also considered the timing of recovery, delays in receipt of funds due to trial and potential appeal and similar issues.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 5, 2013 at San Diego, California.

                                                                  /s/ MICHAEL I. ROTT
                                                               Michael Ian Rott