Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Roger N. Heller (State Bar No. 215348)
rheller@lchb.com
Allison Elgart (State Bar No. 241901)
aelgart@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAM WEISBLATT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., AT&T INC., AT&T MOBILITY LLC, and Does 1-10<br><br>Defendants. | CASE NO. CV10-02553<br><br>CLASS ACTION<br><br>DECLARATION OF PATRICK M. PASSARELLA |

I, Patrick M. Passarella, declare:

1. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am a Senior Vice President of Class Action Services with KCC Class Action Services LLC ("KCC") a class action settlement administrator (formally known as Rosenthal & Company). KCC is located at 75 Rowland Way, Suite 250, Novato, California.

3. I have over 20 years of experience in class action settlement administration. Over the course of my career, I have managed more than 500 class action settlements and am an expert in claims processing and class member communications.

4. The purpose of this declaration is to provide KCC's qualifications and experience administering class action settlements.

5. KCC is a settlement administrator that specializes in providing comprehensive class action settlement services including, but not limited to, pre-settlement consulting, email and mailing campaign implementation, website design, claims administration, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, class member data management, legal notification, call center support, claims administration, and other related services critical to the effective administration of class action settlements. KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing and disbursement requirements of settlements to ensure the orderly and fair treatment of class members and all parties in interest.

6. KCC's business is national in scope. Since 2000, KCC (along with Rosenthal & Company, which was acquired by KCC in 2010) has been retained to administer more than 1,300 settlements. As part of these settlements, KCC has provided noticing solutions in cases with class members that range in numbers from 22 to over 28 million, and has distributed settlement payments totaling well over two billion dollars in the aggregate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 30 2013, at Novato, California.

Patrick M. Passarella