**E-FILED on 9/26/13**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple and AT&T iPad Unlimited Data Plan Litigation<br><br>ALL CONSOLIDATED ACTIONS | Case No. 5:10-cv-02553 RMW<br><br>**[] ORDER GRANTING CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS, APPROVAL OF FORMS AND METHODS OF NOTICE, AND PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge:   Hon. Ronald M. Whyte |

WHEREAS, this Court has reviewed the Stipulation of Settlement ("Agreement") entered into by and among defendant Apple Inc. ("Apple"), plaintiffs Adam Weisblatt, Joe Hanna, David Turk, Colette Osetek and Aaron Friedman, as individuals and as "Class Representatives" (collectively the "Parties" in the above-referenced "Action"), together with all exhibits thereto, the record in this Action, and the arguments of counsel;

WHEREAS, this Court preliminarily finds, for the purposes of settlement only, that the class alleged in the Action meets all the prerequisites of Federal Rules of Civil Procedure Rule 23 for class certification, including numerosity, commonality, typicality, ascertainability, predominance of common issues, superiority, and that the Class Representatives and Class Counsel are adequate representatives of the Settlement Class;

IT IS HEREBY ORDERED AS FOLLOWS:

1. All terms and definitions used herein have the same meanings as set forth in the Agreement.

2. The Court has jurisdiction over the subject matter of the Action, the Class Representatives, the Settlement Class Members, and Apple, and venue is proper in this District.

3. The proposed settlement set forth in the Agreement is hereby preliminarily approved as being fair, reasonable, and adequate such that notice thereof should be given to members of the Settlement Class (as defined in the following paragraph).

4. The Action is provisionally certified as a class action, for the purposes of settlement only, pursuant to Rule 23(b)(3), which class (the "Settlement Class") is defined as follows:

> All United States residents who purchased or ordered an Apple iPad with 3G capability (iPad 3G) in the United States on or before June 7, 2010. The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and wholesalers, resellers, retailers and distributors.

5. Certification of the Settlement Class shall be solely for settlement purposes and without prejudice to the Parties in the event that the Agreement is not finally approved by this Court or otherwise does not take effect. Certification of the Settlement Class shall be vacated and shall have no effect in the event that the Agreement is not finally approved by this Court or otherwise does not take effect.

6. Class Counsel and the Class Representatives are hereby found to be and are therefore appointed as adequate representatives of the Settlement Class: Michael W. Sobol, Roger N. Heller, Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111; Gregory S. Weston, Jack Fitzgerald, The Weston Firm, 1405 Morena Blvd, Suite 201, San Diego, CA 92110; Willem F. Jonckheer, Schubert Jonckheer & Kolbe LLP, Three Embarcadero Center, Suite 1650, San Francisco, CA 94111; Gayle M. Blatt, Casey, Gerry, Schenk, Francavilla, Blatt & Penfield LLP, 110 Laurel Street, San Diego, CA 92101; and Michael Ian Rott, Eric Overholt, Hiden, Rott & Oertle, LLP, 2635 Camino del Rio South, Suite 306, San Diego, CA 92108 are hereby appointed as Class Counsel. Adam Weisblatt, Joe Hanna, David Turk, Colette Osetek and Aaron Friedman are hereby appointed as Class Representatives.

7. The Court hereby appoints Kurtzman Carson Consultants LLC ("KCC" or "Settlement Administrator") to serve as the Settlement Administrator, and directs KCC to carry out all duties and responsibilities of the Settlement Administrator specified in the Agreement.

8. The Court finds that the forms of notice to the Settlement Class regarding the pendency of the Action, this settlement, and Class Counsel's fee and expense application, attached to the Agreement as Exhibits A through F, and the methods for disseminating notice to members of the Settlement Class in accordance with the terms of the Agreement and this Order, constitute the best notice practicable under the circumstances and constitute valid, due, and sufficient notice to all members of the Settlement Class,

1

2  complying fully with all requirements, including Federal Rule of Civil Procedure 23 and

3  due process.

4      9.    The Notice of Pendency and Proposed Settlement of Class Action ("Class

5  Notice"); the Summary Notice of Settlement ("Summary Notice"); the Postcard Notice of

6  Settlement ("Postcard Notice"); the Dual Summary Notice of Settlement ("Dual

7  Summary Notice"); the Dual Postcard Notice of Settlement ("Dual Postcard Notice");

8  and the Published Notice of Settlement ("Published Notice"), which are attached to the

9  Agreement as Exhibits A-F, respectively, are hereby approved as to form.  The Claim

10  Forms, attached to the Agreement as Exhibits G-J, are hereby approved as to form.

11      10.    Apple shall provide the Settlement Administrator with known, reasonably

12  available e-mail and street addresses, serial numbers, and IMEI numbers for the Class

13  Members based upon its customer records regarding those iPad 3G purchases and orders

14  falling within the Settlement Class definition.  Apple shall transmit this information to the

15  Settlement Administrator by no later than 10 (ten) business days after entry of this Order.

16  Within the same time frame, Apple shall also transmit to defendant AT&T Mobility LLC

17  ("ATTM") the IMEI numbers for the potential Settlement Class Members.  To the extent

18  feasible, using the IMEI numbers provided by Apple, ATTM shall identify for the

19  Settlement Administrator any persons potentially within the "ATTM Non-Subscriber

20  Settlement Class" (as that term is defined in the ATTM Settlement).  Those Class

21  Members for whom information is provided by Apple who are potentially within the

22  ATTM Non-Subscriber Settlement Class shall be put on a Dual Notice List.  All other

23  Class Members for whom information is provided by Apple shall be put on an Apple

24  Notice List.

25      11.    The deadline ("Notice Date") for initially mailing and emailing notice, and

26  for publishing notice, pursuant to the terms of the Agreement, shall be November 5,

27

28

1

2  2013.  Backup mailed notice, pursuant to the terms of the Agreement and this Order, or

3  other remailing of notice shall not affect or delay the Notice Date.

4    12. By no later than the first date on which notice is mailed, e-mailed or

5  published, the Settlement Administrator shall establish and maintain a toll-free telephone

6  number ("Toll-Free Number") which Class Members may call to request copies of the

7  Class Notice and Claim Form.  The Settlement Administrator shall further establish and

8  maintain a settlement website, at the address www.3Gdataplansettlement.com

9  ("Settlement Website"), where Settlement Class Members may submit online Claim

10  Forms, and which shall include, without limitation, the Class Notice, a downloadable

11  Claim Form, copies of the Complaint and the Agreement, Frequently Asked Questions,

12  and the Toll-Free Number.

13    13. By no later than the Notice Date, the Settlement Administrator shall e-mail

14  the Summary Notice to those Class Members for whom an e-mail address is included in

15  the Apple Notice List, and shall e-mail the Dual Summary Notice to those Class

16  Members for whom an e-mail address is included in the Dual Notice List.

17    14. By no later than the Notice Date, the Settlement Administrator shall send,

18  via first-class mail postage pre-paid, the Postcard Notice to those Class Members for

19  whom an e-mail address is not included, and a mailing address is included, in the Apple

20  Notice List, and shall send, via first-class mail postage pre-paid, the Dual Postcard Notice

21  to those Class Members for whom an e-mail address is not included, and a mailing

22  address is included, in the Dual Notice List.  All mailing addresses used for mailing the

23  Postcard Notice and Dual Postcard Notice shall be updated by the Settlement

24  Administrator through the United States Postal Service's National Change of Address

25  database.

26    15. For those Class Members for whom e-mail Summary Notice or Dual

27  Summary Notice is returned undeliverable, the Settlement Administrator shall mail the

28

1

2  Postcard Notice to such Class Members to the extent a mailing address is included in the

3  Apple Notice List, or the Dual Postcard Notice to such Class Members to the extent a

4  mailing address is included in the Dual Notice List.  For mailed Postcard Notices and

5  Dual Postcard Notices that are returned with forwarding address information, the

6  Settlement Administrator shall re-mail the Postcard Notice or Dual Postcard Notice, as

7  appropriate, once to the new address indicated.

8        16.   By no later than the Notice Date, Apple, together with ATTM, shall cause

9  the Published Notice to be published once in *Macworld* and once on a different date in

10  *USA Today*.  The Published Notice in *Macworld* shall not be less than 1/4 of a page in

11  size.  The Published Notice in *USA Today* shall not be less than 1/8 of a page in size.

12        17.   Settlement Class Members who so request shall receive a reminder e-mail

13  notice from the Settlement Administrator.

14        18.   Settlement Class Members shall have the option of submitting claims using

15  one of the following methods:

16            a.   Settlement Class Members may submit a Claim Form electronically

17  through the Settlement Website.  The Summary Notices and Dual Summary Notices emailed

18  to Settlement Class Members shall contain a hyperlink to the appropriate online Claim Form.

19  The Postcard Notices and Dual Postcard Notices mailed to Settlement Class Members shall

20  contain the web address for the appropriate online Claim Form.

21            b.   Settlement Class Members may submit a Claim Form by mail at their

22  own expense.  The Settlement Website shall include a downloadable, printable Claim Form,

23  and Settlement Class Members may obtain a hard copy Claim Form from the Settlement

24  Administrator.

25        19.   Settlement Class Members who wish to claim a cash payment must submit

26  their Claim Form within ninety (90) days from the Notice Date.  Claim Forms submitted

27  by mail must be postmarked by no later than ninety (90) days from the Notice Date.

28

20. Any person or entity falling within the Settlement Class definition who seeks to be excluded from the Settlement Class must send a request by first class mail, postmarked on or before December 20, 2013, to the Settlement Administrator at the address indicated in the Class Notice.

21. Any person or entity falling within the Settlement Class definition who does not submit a valid and timely request for exclusion will be bound by the Final Judgment dismissing the Action on the merits and with prejudice.

22. Any Settlement Class Member who does not submit a valid and timely request for exclusion may object to, or comment on, the Agreement, Class Counsel's application for attorneys' fees and expenses, and/or the requested service awards for the Class Representatives. To be considered, an objection must be in writing, must be mailed to the Clerk of the Court and the Settlement Administrator, at the addresses indicated in the Class Notice, postmarked no later than December 20, 2013, and must include: (a) the Settlement Class Member's name, address, and telephone number, (b) the Settlement Class Member's signature; (c) a statement that the objecting person is a member of the Settlement Class and an explanation of the basis upon which they claim to be a member of the Settlement Class; (d) all grounds for the objection; and (e) the identity of all counsel, if any, who represent the Settlement Class Member. Class Counsel shall file their application for attorneys' fees and costs in advance of the deadline for mailing objections. Once it is filed, Class Counsel's application for attorneys' fees and costs shall be posted on the Settlement Website.

23. A hearing (the "Final Approval Hearing") shall be held by the Court on February 7, 2014, at 9:00 a.m., to consider and determine whether the requirements for certification of the Settlement Class have been met and whether the proposed settlement of the Action on the terms set forth in the Agreement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class Members; whether

1
2  Class Counsel's fee and expense application should be approved; whether service awards
3  should be awarded to the Class Representatives; and whether the Final Judgment
4  approving the settlement and dismissing the Action on the merits and with prejudice
5  against the Class Representatives and all Settlement Class Members should be entered.
6          24.     The Final Approval Hearing may, from time to time and without further
7  notice to the Settlement Class, be continued or adjourned by Order of the Court.  If the
8  Final Approval Hearing is so continued or adjourned, the new date and time shall be
9  posted on the Settlement Website.
10         25.     Before or at the Final Approval Hearing, the Court shall be provided with a
11 declaration from the Settlement Administrator, confirming that the notice program
12 approved herein has been implemented and setting forth a complete list of all persons and
13 entities who submitted timely and valid requests for exclusion from the Settlement Class.
14         26.     By no later than December 6, 2013, the Parties shall file any motions in
15 support of final approval of the Agreement.  By no later than November 22, 2013, Class
16 Counsel shall file their application for attorneys' fees and expenses.  By no later than
17 January 24, 2014, the Parties shall file any additional papers in support of final approval
18 of the Agreement; responses to objections; and/or replies in support of Class Counsel's
19 application for attorneys' fees and expenses.
20         27.     Counsel for the Parties are hereby authorized to utilize all reasonable
21 procedures in connection with the administration of the Agreement which are not
22 materially inconsistent with either this Order or the terms of the Agreement.
23         28.     The following chart summarizes the various dates and deadlines set forth
24 herein:
25 #
26 #
27 #
28

| | |
|---|---|
| Notice Date | November 5, 2013 |
| Deadline for Class Counsel to file their fee application | November 22, 2013 |
| Deadline for the Parties to file any motions in support of final approval of the settlement | December 6, 2013 |
| Opt-Out Deadline | December 20, 2013 |
| Objection Deadline | December 20, 2013 |
| Deadline for: (a) Parties to file any responses to objections and any additional papers in support of final approval of the settlement; and (b) Class Counsel to file any reply in support of their fee application | January 24, 2014 |
| Claims Submission Deadline | February 3, 2014 |
| Fairness Hearing | February 7, 2014, 9:00 a.m. |

IT IS SO ORDERED.

Dated: _____, 2013

_____
RONALD M. WHYTE
United States District Judge