1  Michael W. Sobol (State Bar No. 194857)
   Roger N. Heller (State Bar No. 215348)
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
4  Facsimile: (415) 956-1008

5  *Class Counsel*

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11 | In Re Apple and AT&T iPad Unlimited | Case No. 5:10-cv-02553 RMW
   | Data Plan Litigation                |
12 |                                     |
13 | ALL CONSOLIDATED ACTIONS            | **[] JUDGMENT REGARDING**
   |                                     | **APPLE SETTLEMENT**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1160134.1

On March 11, 2014, the Court signed and entered its Order Approving Settlement and Dismissing Claims of Settlement Class Members With Prejudice (the "Final Order") in the above-captioned matter as to the following class of persons:

> All United States residents who purchased or ordered an Apple iPad with 3G capability (iPad 3G) in the United States on or before June 7, 2010. The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and wholesalers, resellers, retailers and distributors; and all persons who validly requested exclusion from the Settlement Class.

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to the specified class of persons, plaintiffs Adam Weisblatt, Joe Hanna, David Turk, Colette Osetek and Aaron Friedman, and defendant Apple Inc., on the terms and conditions of the Settlement Agreement approved by the Court's Final Order.

1. The Court, for purposes of this Judgment, adopts the terms and definitions set forth in the Agreement.

2. Payments to Settlement Class Members, Class Counsel, and the Class Representatives under the Agreement shall be made as outlined in the Final Order.

3. As of the Effective Date, the Class Representatives and all Settlement Class Members shall be forever barred from bringing or prosecuting, in any capacity, any action or proceeding that involves or asserts any of the Released Claims against any Released Person and shall conclusively be deemed to have released and forever discharged the Released Persons from all Released Claims.

4. The Class Representatives and all Settlement Class Members shall, as of the Effective Date, conclusively be deemed to have acknowledged that the Released Claims may include claims, rights, demands, causes of action, liabilities, or suits that are not known or suspected to exist as of the Effective Date. The Class Representatives and all Settlement Class Members nonetheless release all such Released Claims against the Released Persons. Further, as of the Effective Date, the Class Representatives and all Settlement Class Members shall be

deemed to have waived any and all protections, rights and benefits of California Civil Code section 1542 and any comparable statutory or common law provision of any other jurisdiction.

5. The Agreement and this Judgment are not admissions of liability or fault by Apple or the Released Persons, or a finding of the validity of any claims in the Action or of any wrongdoing or violation of law by Apple or the Released Persons.  The Agreement and settlement are not a concession by the Parties and to the extent permitted by law, neither this Judgment, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by Apple, the Released Persons, or any of them.  Notwithstanding the foregoing, nothing in this Final Judgment shall be interpreted to prohibit the use of this Judgment in a proceeding to consummate or enforce the Agreement or Judgment, or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

JUDGMENT APPROVED AS TO FORM BY:

Dated:  __March 11_____, 2014

_____/s/ Ronald M. Whyte_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

JUDGMENT ENTERED: __March 11_____, 2014

By: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

1160134.1

2
[ JUDGMENT] RE APPLE SETTLEMENT