1  Michael W. Sobol (State Bar No. 194857)
   Roger N. Heller (State Bar No. 215348)
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
4  Facsimile: (415) 956-1008

5  *Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In Re Apple and AT&T iPad Unlimited Data Plan Litigation | Case No. 5:10-cv-02553 RMW |
|---|---|
| ALL CONSOLIDATED ACTIONS | **[] JUDGMENT REGARDING <u>ATTM</u> SETTLEMENT** |

1160127.1

Judgment is hereby entered consistent with the Court's Final Approval Order, dated  _____March 11_____, 2014 (the "Final Approval Order"). This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

JUDGMENT APPROVED AS TO FORM BY:

Dated:  ____March 11_____, 2014

_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

JUDGMENT ENTERED:  __March 11_____, 2014

By: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

1160127.1 '"' JUDGMENT] RE ATTM SETTLEMENT